EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2005

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00064 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | Counts 1-3: 21 U.S.C. §§ |
| | ) | 841(a)(1) |
| ANNETTE CARRILLO, | ) | Count 4: 21 U.S.C. §§ |
| SUSAN ASA, | ) | 841(a)(1) & 841(b)(1)(B) |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

#### COUNT 1
(21 U.S.C. §§ 841(a)(1))

The Grand Jury charges:

On or about April 7, 2004, in the District of Hawaii, defendant ANNETTE CARRILLO, did knowingly and intentionally distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2
(21 U.S.C. §§ 841(a)(1))

The Grand Jury further charges:

On or about April 10, 2004, in the District of Hawaii, defendant ANNETTE CARRILLO, did knowingly and intentionally distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3
(21 U.S.C. §§ 841(a)(1))

The Grand Jury further charges:

On or about April 15, 2004, in the District of Hawaii, defendant ANNETTE CARRILLO, did knowingly and intentionally distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 4**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury further charges:

On or about May 14, 2004, in the District of Hawaii, defendant SUSAN ASA, did knowingly and intentionally distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) & 841(b)(1)(B).

DATED: February 9, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. ANNETTE CARRILLO & SUSAN ASA
Cr. No.          (Indictment)