Annette Carrillo- Detainee
95357-022
c/o Federal Prison Camp. Dublin- Custodian
5675 8th Street, Camp Parks
Dublin, California 94568

Appearing Specially

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2006

at 3 o'clock and 20 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CV06 00200 HG KSC |
| vs. ) | (To be supplied by Clerk) |
| ) | CR 05-64 HG-01 |
| ANNETTE CARRILLO ) | MOTION TO VACATE SENTENCE IN |
| ) | WANT OF JURISDICTION PER |
| Movant. ) | MODEL FORM FOR MOTIONS UNDER |
| ) | 28 U.S.C. §2255 |

### MOTION

1. Name and location of court which entered the judgement of conviction under attack- the above-entitled court located at 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.
2. Date of judgement of conviction- September 6th, 2005
3. Length of sentence- 37 (thirty-seven) months
4. Nature of offense involved (all counts) -one (1) count stemming from My holding the alleged status of a "Food and Drug Administration" employee.
5. What was your plea? - I entered a "guilty" plea because the Government and My Attorney warned that if I did not I would suffer a much stiffer penalty.
6. Kind of trial? - None
7. Did you testify at the trial? N/A
8. Did you appeal from the judgement of conviction? No
9. If you did appeal, answer the following:
   (a) Name of Court-
   (b) Result-
10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? No
11. If your answer to 10 was "yes", give the following information:
(a) (1) Name of Court- N/A
(b) As to any second petition, application, or motion give the same information:
   (1) Name of court- N/A
(c) As to any third petition, application, or motion give the same information:
   (1) Name of court- N/A
(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application, or motion?
   (1) First petition, etc.- N/A, etc.
(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: I was told that I was unable to appeal by my sentencing court.
12. State concisely every ground on which you claim you are being held unlawfully. Summarize briefly the fact supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting the same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these ground for relief, you must allege facts.. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the peivilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was un-constitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one: The U.S. is in want of any material or substantial evidence that could prove proper subject matter/in personam jurisdiction.
Supporting FACTS (tell your story briefly without citing cases or law - hereinafter "Supporting FACTS): I am not a citizen, guarantor or surety for any person, corporation, fiction, accommodation, or franchise enjoined to the U.S., or any State; I hold no commission, nor fill any office under those Governments, as I did not violate any Act of Congress that would result in an offence, nor did I violate a commission, nor has government provided its claim in the first instance upon which its relief could be granted, nor is there any substantial evidence of a lower agency decision for court to acquire jurisdiction.
B.  Ground two: U.S. has refused to provide discovery of its claim(s) i.e. the charging document.
Supporting FACTS: U.S. failed to provide discovery, suit cannot be maintained without the original charging document placed into evidence.
C.  Ground three: U.S. failed to provide a warrant of commitment/detainer to support its authority to restrain Me of My lawful liberty.
Supporting FACTS: The judgment in a criminal case filed September 6th, 2005 signed by Judge Gilmore is not the certified copy of the Warrant of Commitment Detainer.
D.  Ground four: The indictment is an accusation founded on allegations.
Supporting FACTS: Without the charging document, the U.S. has no evidence of record to prove its claim.
13. If any of the grounds listed 12A through D were not previously presented, state breifly what grounds were not so presented, and give your reasons for not presenting them: All grounds were not presented as this knowledge was made clear to Me after My sentencing, which I deem to be truthful.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack? Yes

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing

    (b) At arraignment and plea- *Barry Edwards*

    (c) At trial-

    (d) At sentencing- *Barry Edwards*

    (e) On appeal -

    (f) In any post-conviction proceeding

    (g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? No
    (a) If so, give name and location of court which imposed sentence to be served in the future: N/A
    (b) And give date and length of sentence to be served in the future: N/A
    (c) Have you filed, or do yo contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Wherefore, I motion Court to find all relief to which I am entitled in this proceeding. I declare under penalty of perjury that the foregoing is true and correct to the best of My knowledge and belief.

Executed on this 6th day of April 2006, at Dublin, California.

By: *Annette Carillo*
    Movant