

## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*                          *(808) 541-2850*
*300 Ala Moana Blvd. , Room 6-100*          *FAX (808) 541-2958*
*Honolulu, Hawaii 96850*

February 24, 2005

Barry Edwards
1431 Alencastre Street
Honolulu, HI   96816

> Re:   United States v. CARRILLO,
>       Cr. No. 05-00064 HG

Dear Mr. Edwards:

Enclosed please find discovery in the referenced case. It is bate stamped 001-105.

The tape recordings are still being copied. I will send them to you when they are ready.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By:

MARSHALL SILVERBERG
Assistant U.S. Attorney

EXHIBIT "2"



## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd. , Room 6-100*
*Honolulu, Hawaii 96850*

*(808) 541-2850*
*FAX (808) 541-2958*

March 3, 2005

Barry Edwards
1431 Alencastre Street
Honolulu, HI    96816

        Re:   United States v. CARRILLO,
              Cr. No. 05-00064 HG

Dear Mr. Edwards:

        Enclosed please find additional discovery in the referenced case.  It consists of five videotapes.

                              Very truly yours,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

By:

                              MARSHALL SILVERBERG
                              Assistant U.S. Attorney

Page 1 of 1 pages

INCIDENT REPORT

# Honolulu Police Department

04 - 118 - 436

Year    Six Digit Report Number

| Incident Type | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section No |
|---|---|---|---|---|---|---|---|---|---|
| Misc. Public | | | 432 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☐ Open ☒ Closed | R. | |

**Location Of Offense (Must Have Street Number And Street Name Or Names of Two Streets That Intersect)**
1865 Kamehameha Iv Rd. Hon, Hi. 96819

Domestic Viola: ☐ Yes ☒ N.

| Responsible Officer    Last    First | ID Number | Division | Beat of Offense | Location Code |
|---|---|---|---|---|
| Pang, Neil | 100609 | D5 | 558 | 18 |

| Date / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To |
|---|---|---|
| 03-23-04 / 1300 / Tue | 03-23-04 / 1300 / Tue | |

1. Residence    7. Scenic Pt.    13. Jew
2. Apart/Condo    8. Gas Stn.    14. Liqu
3. Hotel    9. Restaurant    15. Sch
4. Street    10.Bar    16. Con
5. Non-Beach Parks    11.Store    17. Taxi
6. Beach Parks    12.Bank, etc.    18. Othe

**Related Reports or Comments**

---

☐ Complainant    ☐ Victim    ☐ Reporting Person    ☐ Finder    ☐ Witness    ☐ Suspect

| | Name    Last    First    Middle | Age | DOB | Sex |
|---|---|---|---|---|
| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican / ☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Flipn ☐ Unk ☐ Other | Honolulu Police Department | | | |

| ☐ Blood Test ☐ Breath Test    ☐ Refuse | Results | SSN | Occupation / For Juvenile -- School Attending | ☐ Visitor ☐ HP D ☐ Military | Juver. ☐ Yes |

Home Address City -- Country -- State -- Zip

Business Address City -- Country -- State -- Zip
1865 Kamehameha Iv Rd. Hon, Hi. 96819

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|
| | | 847-2525 | | |

| Injured ☐ Yes ☐ No | Treated ☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | VictimRelationship to Suspect Will Pros: ☐ Yes ☐ |

| ☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other / ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | Voluntary ☐ Good / Fair / ☐ Yes ☐ No ☐ Ser / Guard ☐ Fatal | Attending Physician | ☐ Confined ☐ RefusedADM | ☐ Sent Home ☐ Refuse: ☐ Tr / Rel |

AKA    Who Described    Peculiarities

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char | Clothing |

---

☐ Complainant    ☐ Victim    ☐ Reporting Person    ☐ Finder    ☐ Witness    ☐ Suspect

| | Name    Last    First    Middle | Age | DOB | Sex |
|---|---|---|---|---|
| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican / ☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Flipn ☐ Unk ☐ Other | Unknown, | | | |

| ☐ Blood Test ☐ Breath Test    ☐ Refuse | Results | SSN | Occupation / For Juvenile -- School Attending | ☐ Visitor ☐ HP D ☐ Military | Juvenile ☐ Yes ☐ N |

Home Address City -- Country -- State -- Zip

Business Address City -- Country -- State -- Zip

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

| Injured ☐ Yes ☐ No | Treated ☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | VictimRelationship to Suspect Will Prosec ☐ Yes ☐ N |

| ☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other / ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | Voluntary ☐ Good / Fair / ☐ Yes ☐ No ☐ Ser / Guard ☐ Fatal | Attending Physician | ☐ Confined ☐ Refused ADM | ☐ Sent Home ☐ Refused ☐ Tr/Release |

AKA    Who Described    Peculiarities

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char | Clothing |

| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. | R. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | 4 | | 4 | 4 | 4 | 4 | 4 | 4 |

Misc.    ☐ Dusted & Submitted ☐ Dusted & Negative    ☐ Not Dusted

**Property Status Codes:** ST = Stolen  OV = Overdue  LS = Lost  DM = Damaged  FN = Found  RC = Recovered  OT = Other    **Type Codes:** I = Item  B = Building  V = Vehicle  L = Lan

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Valu |
|---|---|---|---|---|---|---|---|

ON GOING INVESTIGATION.
DISPOSITION: RECORDS

---

**Vehicle Status Codes:** ST = Stolen  OV = Overdue  WV = Wanted  SV = Suspect  RC = Recovered  OT = Other    **Veh. Type Codes:** ☒ Auto ☐ Const ☐ Farm ☐ M/C ☐ Truck ☐ Other

| Who Described | Status | Year | Make | Model | Body Type | Color | State | License No. |
|---|---|---|---|---|---|---|---|---|
| | RC | 1996 | Dodge | Stratus | 4 DOOR | Gold | HI | GGC 631 |

| VIN | Emblem | Characteristics | Towed By | Vehicle Value |
|---|---|---|---|---|
| B3EJ46C6TN254767 | | | | |

| Id At | Tow Date / Time | Owner Name: Sasan, John & Marion | Phone 341-2381 |
|---|---|---|---|

| Owner Address 95-1065 Kuauli St #7, Mililani, Hi, | Owner Notified By Date / Time | Person Notified | Returned By Date / Time |
|---|---|---|---|

| Recovered Date / Time | Recovering Officer N. Pang | Recovered Location Ala Alii St/Kahuapaani St Carrillo Discovery | Beat Recovered 000000001 |
|---|---|---|---|

| Writer NEIL PANG | ID Number 100609 | Date / Time 03-23-04 / 1641 | Approved By Sgt. T/ | ID Number |
|---|---|---|---|---|

# Honolulu Police Department

EVIDENCE OR PROPERTY REPORT

Page 1 of 1 pages

04 - 118 - 436
Year   Six Digit Report Number

| Ident Type | | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5C. Public | | | | 432 | ☐ Yes | ☒ Yes | ☐ | ☐ Open ☒ Closed | | |

| Complainant | Last | First | Middle | | Location of Offense | | | | Date of Occurrence | |
|---|---|---|---|---|---|---|---|---|---|---|
| D5 Cru | | | | | 1865 Kamehameha Iv Road | | | | 3-23-04 | |

Vehicle & Property Status Codes:   EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | | 7 1/2" flat head screwdriver with a | E-HAND | 1 | |
| | | | | black/yellow handle | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Item placed in manila envelope marked: | | | |
| | | | | MISC. PUBLIC      04-118436 | | | |
| | | | | N. PANG      100609 | | | |
| | | | | 3-23-04      1300 HRS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Circumstances of Recovery

SUSPECT GAVE SCREWDRIVER TO UC TO START STOLEN VEHICLE.

## Chain of Custody

| Item | | From | By | Data and Time |
|---|---|---|---|---|
| 1 | N. PANG/100609 | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| | | | | |
| | | | | |

| Owner's Name | Last | First | | Address | Phone |
|---|---|---|---|---|---|
| | | | | | |

| Finder's Name | Last | First | | Address | Phone |
|---|---|---|---|---|---|
| 2 | | | | | |

| Date Notified | Time | By | Person Notified | | Comments |
|---|---|---|---|---|---|
| | | | | | |

Final Disposition
☐ Ret. Owner  ☐ Ret. Finder  ☐ Ret. Agent  ☐ Court  ☐ Other  ☐ Finance  ☐ Auction  ☐ Destroyed

| Writer | | ID Number | Data/ Time | Approved By | ID Number |
|---|---|---|---|---|---|
| N. Pang | | 100609 | 03-23-04 / 1801 | Sgt. T. Chun | 137670 |

Form Number MOC HPD 152A Rev Mar 2003

Carrillo Discovery    000000002

## FOLLOW-UP REPORT

### ASSIGNMENT/ARRIVAL:

This writer is currently assigned to the Crime Reduction Unit based in District 5, Kalihi. This is a plainclothes unit that directly supports uniform patrol. On Tuesday, March 23, 2004, this writer along with officer T. ETUATI (hereinafter referred to as ETUATI) would be acting in an undercover capacity in an auto theft investigation. Other members of this same unit would be in the role of backup and support.

### SYNOPSIS:

The offense would involve the purchasing of a purported stolen 1996 Dodge Stratus for a price of five hundred dollars in U.S. currency ($500). The suspect in this investigation would be a female known to this writer as "Annette". The location of this purchase would the kokohead most end of the parking lot at the Stadium Mall located at 4510 Salt Lake Boulevard.

### INITIAL CONTACT WITH SUSPECT:

On Sunday, March 21, 2004, at approximately 1430 hours, a female known as Annette CARILLO contacted me via a pager. This writer knows this female from a previous occasion in which a stolen vehicle was purchased from her on Wednesday, February 4, 2004 under police report number 04-048708.

The female Annette paged this writer approximately five (5) times before being contacted by phone by this writer. She left her personal cellular number of 779-0163 on each occasion.

### FEMALE CONTACTED:

Upon being contacted by this writer, Annette told this writer that her "boys" just "got out" and that she would call when they got a car. She said that I should

1

## CONTACT CON'T:

be ready at any time for the call and that she wanted to meet to get rid of the car
as soon as possible meaning the selling of the vehicle.

At that point, Annette was told that I was on the Big Island and I would not
be returning until Monday at an unknown time. I told her that I would call her
upon returning to which she agreed.

## SECOND CONTACT:

On Monday, March 22, 2004, at about 0400 hours, I received several
pages from the number 779-0163, the cellular number for Annette. I did not
return the calls at that time.

At about 0700 hours, I returned the call from Annette by calling her cellular
phone 779-0163. She answered the phone and informed this writer that she had
a car. Annette further stated that "her boys" had gotten it the night before and
that it was a gold 1999 Dodge Stratus that was in "cherry" condition.

I reminded Annette that I was still on the Big Island and that I would not be
returning until sometime in the evening. Annette said that she had forgotten that I
was not on Oahu and that she would wait for my call.

## THIRD CONTACT:

At approximately 1300 hours, Annette paged this writer again from her
cellular phone. At this time, I called her back and told her that I would not be
returning as expected until Tuesday morning March 23, 2004.

I asked her if it would be all right to call her as soon as I returned and that
we could meet. She asked as to what time I would be calling her and she was
told that I would call her early and that we could meet before twelve noon on
Tuesday. She agreed and said that she would "stash" the car at her residence
until then.

2

Carrillo Discovery   000000004

## CONTACT ON TUESDAY, MARCH 23, 2004:

This writer called Annette on Tuesday morning about 0930 and told her that I would be back on Oahu between 1000 and 1030 hours. I told her that I would call her upon my arrival and that we could meet about the car.

She informed me that the car was being driven by her "boys" and that she would tell them to park it at the Stadium Mall, located at 4510 Salt Lake Boulevard where we had met on a previous occasion under police report number 04-049708, February 4, 2004. She told me that she would meet me there when I called her and that we could complete the transaction if I liked the car.

## ARRIVAL AT STADIUM MALL:

At approximately 1135 hours, this writer and ETUATI arrived at the pre-determined location in a white Toyota Corolla, which was being used in the capacity of an undercover vehicle.

This writer contacted Annette and told her that I was at the Stadium Mall parking lot where we had met before and that I would wait for her to arrive. She told me that she was across the street in the K-Mart parking lot and that she would be there shortly.

## OBSERVATION AND INITIAL CONTACT:

At about 1145 hours, this writer observed a female known to this writer as "Annette" approach the UC vehicle from the rear in which we were sitting in the parking lot of the Stadium Mall.

This writer exited the UC vehicle and greeted the female Annette. She was wearing a light blue windbreaker type jacket and blue jeans. Annette informed this writer that the stolen vehicle was parked near the establishment called the Ice Palace, which is located on the mauka, side of the Stadium Mall.

Carrillo Discovery    000000005

04-113911
AUTO THEFT
Page 4 of 7

## OBSERVATION CON'T:

The female Annette walked towards the ewa side of the parking lot in which we were standing and pointed out the vehicle to this writer. This writer could see a number of vehicles parked along the driveway side of the Ice Palace, which was mauka of our present location.

## VEHICLE LOCATED:

Annette told this writer that we could walk to where the vehicle was parked and that this writer could "check it out". This writer and Annette then walked in the mauka direction towards the Ice Palace. After few minutes, we arrived at a parked vehicle with no front license plates. The vehicle was a Dodge Stratus, 4 door, and gold in color. As this writer and Annette walked to the rear of the vehicle, this writer observed a license plate attached on the rear of the vehicle as being GJT-709.

Annette then related that this was the vehicle that she was selling. This writer tried to open the driver's side door, but observed that it was locked. At this point, this writer asked Annette for the key and was informed that there was no key for the vehicle. She then opened the left rear door of the vehicle and opened the lock on the driver's side front door. This writer then asked about starting the vehicle at which time Annette took out a screwdriver from her jacket pocket and threw it on the left side rear seat of the vehicle. She said that the vehicle had to be started with the screwdriver.

## DESCRIPTION OF SCREWDRIVER:

The screwdriver was a flat head screwdriver approximately 7 inches long with a black and yellow colored handle. This item was submitted under this same report number by officer N. PANG ( refer to his follow-up report submitted under this same report number).

Carrillo Discovery   000000006

## PAYMENT MADE TO ANNETTE:

At this point, I informed Annette that I was going to leave the vehicle where it was parked and would return for it later. This writer and Annette then started to walk away from the vehicle towards the main mall area.

As we were walking, this writer handed Annette five (5) one hundred dollar bills in U.S. currency as payment for the vehicle. Annette accepted the currency and placed the money in her pants pocket.

## RETURN TO MALL AREA:

As we were walking in the makai direction towards the main mall area, Annette continued a casual conversation with this writer. She asked this writer as to what kind of vehicles was I interested in acquiring. She further stated that her "boys" would probably have another vehicle shortly and that they sometimes have three (3) to four (4) a day. .

This writer asked Annette how do know what or decide what cars to "rip" (a commonly used street vernacular for stealing cars). Annette stated that they just "cruise" around and if they see something they like, they take it. This writer asked Annette if she meant her boys to be her sons to which she replied her "hanai son". She did not mention any particular names at that time.

She further stated that we should "get together and sit down" someplace to talk about how to make this car thing easier and quicker. She said that we could make it so that she would call and that this writer could meet with her quicker so that she would not have to "stash" the cars. She said that she did not want her "boys" to drive the cars around too long and get into trouble.

This writer assured Annette that we would meet sometime soon and work out the details.

Carrillo Discovery    000000007

## ANNETTE EXITS:

At approximately 1214 hours, this writer left the company of Annette as she walked in the kokohead direction through the parking lot of the mall from the

Taco Bell restaurant. This writer lost sight of Annette as she turned the corner around the Jack-In-the-Box restaurant, which is located next to Taco Bell.

## RETURN TO UC VEHICLE:

At this point, this writer returned to the UC car and informed the other units that the transaction had taken place and the location of the vehicle.

## SUSPECT ID:

Annette CARILLO (37)
6-9-66
5'2/160 lbs

## VEHICLE RECOVERED:

1996/ Dodge/Stratus/4dr/gold
Hawaii plates GGC-631

Reported stolen under police report number 04-113911. The scene of the recovery is Ala Alii St./Kahuapaani St.

R.O.- John & Marion SASAN
     95-1065 Kualii St. #7
     Mililani, Hawaii

The single rear license plate found on this vehicle GJT-709 was taken from a stolen vehicle reported under police report 04-110772. The vehicle as of this writing was still outstanding as an auto theft.

The plate GJT-709 was recovered under police report number 04-118313, Fraudulent Use of License Plates. Refer to report submitted under that report number by officer J. PAGAN...

Carrillo Discovery    000000008

04-113911
AUTO THEFT
Page 7 of 7

## VEHICLE RECOVERED CON'T:

The vehicle was driven by this writer to the Kalihi Police Station and secured in the basement for safekeeping and investigation.

## DISPOSITION:

Pending

T. CHUN                    #137670
Sergeant,    CPB,    D-5, CRU
3-25-04                    1400 Hrs

Carrillo Discovery    000000009

**Honolulu Police Department**

INCIDENT REPORT
Auto Theft

Page _1_ of _2_ pages
04-113911
Year - Six Digit Report

## FOLLOW UP REPORT

ASSIGNMENT/ ARRIVAL: On 03-23-04 I was assigned to District 5, Weed and Seed as 9556. At about 1100 hours I assisted District 5 CRU units in an undercover buy of a stolen vehicle at Stadium Mall.

BRIEFING: At about 1100 hours briefing was held at the Kalihi CRU office. Sgt. T. CHUN was in charge of briefing. During briefing Sgt. T.CHUN showed me a picture of the female suspect that would be selling him the stolen vehicle. She was identified as Annette CARRILLO.

OFFICER INSTRUCTED: I was instructed by Sgt. T. CHUN to drive him in the undercover CRU vehicle to the agreed on location which was Stadium Mall. There at Stadium Mall Sgt. CHUN was to meet the suspect and buy the stolen vehicle while I waited in the undercover CRU vehicle.

ARRIVAL: At about 1135 hours, I along with Sgt. CHUN arrived at Stadium Mall, and parked in the parking lot under the H-1 freeway.

OBSERVATIONS: At about 1145 hours I observed a Caucasian looking female approach the vehicle I and Sgt. CHUN were seated in. I observed the female to be CARRILLO, the female that was in the picture I was shown ng briefing. I observed her to be in her late 30's or early 40's. She wore a long sleeve light blue jacket and ..e long jeans. She had dark brown hair which was tied back in one pony tail to the back of her head.

Upon her arrival at our vehicle, Sgt. CHUN exited our vehicle and started to talk to the female outside of our vehicle on the passenger side. They spoke briefly outside our vehicle then walked away from where I was parked. I did not hear what was said because all doors were closed and all windows were rolled up in the vehicle I was seated in. I observed Sgt. CHUN and the female first walk in the ewa direction then maukabound, towards the back of Taco Bell. I also observed CARRILLO pointing in the mauka direction and both she and Sgt. CHUN were turning and facing that direction. After reaching Taco Bell area, I lost sight of them.

SUSPECT INFORMATION: Annette CARRILLO (f)
DOB: 06-09-66
160 lbs/5'2"/brown eyes and hair
LKA: 1124 Toulon Drive Modesto,CA

TRANSACTION: Refer to follow up by Sgt. T. CHUN.

FURTHER OBSERVATION: At about 1216 hours I observed Sgt. CHUN walking back to the vehicle I was seated in. Sgt. CHUN was by himself. I did not observe where the female went. I was then informed by Sgt. CHUN that the stolen vehicle he had bought from the female was parked on the slope of Ala Alii Street about 150 feet from the back entrance on the mauka side of Stadium Mall.

| Writer | ID Number | Date/ Time | Approved By | ID Number |
|---|---|---|---|---|
| ETEUATI, Teisa _Teisa Eteuati_ | 101071 | 3-23-04/ 1530 | _T. Chun_ | 137670 |

Carrillo Discovery 000000040

# Honolulu Police Department

INCIDENT REPORT
Auto Theft

Page 2 of 2 pages

04-113911

Year - Six Digit Report

VEHICLE OBSERVED: At about 1220 hours I observed a silver colored dodge stratus parked facing makai on Ala Alii street about 150 feet from Ala Alii street entrance of Stadium Mall. Vehicle was later confirmed a stolen vehicle by Dispatch and the rear license plates were confirmed to belonging on another vehicle that had been stolen. I observed only one license plate on the Dodge stratus and it was located on the rear of the vehicle. The license plate was GJT 709, but the true license plates for the vehicle is suppose to be GGC 631, which is still outstanding at this time. For more information refer to follow up report by Ofc. N. PANG.

VEHICLE RECOVERED: Refer to follow up by Ofc. N. PANG.

REGISTERED OWNER NOTIFIED: Refer to follow up by Ofc. N.PANG.

LATENT PRINTS: Refer to follow up report by Ofc. N. PANG.

DISPOSITION: Pending CID.

| Writer | ID Number | Date/Time | Approved By | ID Number |
|---|---|---|---|---|
| ETEUATI, Teisa *Teisa Eteuati* | 101071 | 3-23-04 /1545 | *Sgt. T. Chun* | 137670 |

AUTO THEFT
1865 Kam IV Road
Honolulu Police Department

04-113911
03-23-04

## FOLLOW UP REPORT

### ASSIGNMENT

On 03-23-04, this writer along with other officers participated in an auto theft
investigation. Undercover Officers purchased a 1996 Dodge "Stratus" sedan, gold in
color bearing a vehicle identification number of 1B3EJ46TN254767.

### BRIEFING

At 1100 hours/this date, Sergeant T. CHUN conducted a briefing at the Kalihi Police
Station. Sergeant CHUN would purchase a vehicle, which was purported to be an
outstanding stolen vehicle.

### RESPONSIBLILITY

This writer was in charge of operating a standard issue consumer grade "Sony" video
camera. A "body" receiver was attached to the video camera. Sergeant CHUN was fitted
with a "body" transmitter. Prior to the operation, a function test was made by this writer
of the equipment. The equipment was found in working order.

### SCENE/VEHICLE POSITION

The undercover vehicle was position in the parking lot of 4510 Salt Lake Blvd.
The undercover vehicle, which Sergeant CHUN and Officer T. ETUATI were in, was
parked approximately sixty (60) feet from this writer's position.

### MEETING OBSERVED

At approximately 1130 hours/this date, this writer along with Officer PANG arrived and
set up the surveillance equipment.
At approximately 1145/this date, a short, heavyset Caucasian female wearing a blue
windbreaker jacket, blue t-shirt and blue jeans walked onto the property of 4510 Salt
Lake Blvd from Luapele Drive. She walked up to Sergeant CHUN who was standing
next to his undercover vehicle. The two exchanged pleasantries and began a
conversation. The female was recognized by this writer as one Annette CARILLO.

Continued

Ernie BARROGA  061700 03-27-04/1558 _____
D-5/CRU                                    Approved by

AUTO THEFT                                    04-113911
1865 Kam IV Road                             03-23-04
Honolulu Police Department


Continued

## TRANSACTION

During the conversation, CARILLO pointed towards Ala Alii Street. Both CARILLO and CHUN began to walk towards the area. This writer began to loose visual and audio contact with Sergeant CHUN as they moved between vehicles towards the general area of Ala Alii Street.

For safety purposes, Officers were sent to obtain visual contact with Sergeant CHUN. A short time later, Sergeant CHUN returned alone, to his vehicle. He related via radio, that the vehicle purchased was parked on Ala Alii Street.

## VEHICLE RECOVERED

Officer PANG recovered the vehicle after it was confirmed as stolen. For further facts refer to Officer PANG's recovery report.

## VIDEO TAPE SUBMITTED INTO EVIDENCE

Videotape was submitted into evidence. For further facts refer to the submitted evidence page, under this report number.


## DISPOSTION

PENDING

Ernie BARROGA  061700  03-27-04          Sgt. T. Chun #480
D-5/CRU                                    Approved by

## Honolulu Police Department

CONTINUATION PAGE

Year Six Digit Report Numbe

04 - 113 - 911

| Incident Type | | Stat Code | Reclassify | Key Report | F/U | Status | | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|
| AUTO THEFT | | 432 | ☐ Yes | ☐ Yes | ☒ | ☐ Open ☒ Closed | | R | 708-836 |
| Complainant | Last | First | Middle | Location of Offense | | | | | Date of Occurrence |
| D-5 | CRU | | | 1865 Kam IV Rd | | | | | 03-23-04 |

### ASSIGNMENT:

I am currently assigned to the District 5 Crime Reduction Unit. This is a plain clothes unit which works in support of Uniform Patrol.

### AUTO THEFT INVESTIGATION:

On 3-23-04, the District 5 Crime Reduction Unit conducted an auto theft investigation. Undercover officers purchased a 1996 Dodge Stratus sedan, gold in color with vin#1B3EJ46C6TN254767.

### BRIEFING:

At about 1100 hours, Sergeant T. CHUN conducted a briefing in the District 5 Conference Room.

### RESPONSIBILITY:

I was responsible for driving an undercover vehicle. Within this undercover vehicle, I would be with Officer E. BARROGA that would be taking video of the transaction.

### INFORMATION GIVEN:

Sergeant T. CHUN related over the wireless microphone that the license plate on the stolen vehicle he had just purchased was GJT 709.

### CHECKS MADE:

I made checks via dispatch of license plate GJT 709. Per dispatch, this license plate belonged to a 1996 Hyundae, gray, station wagon. Dispatch further related that this license plate belonged to an outstanding stolen vehicle under report number 04-110772.

Sergeant T. CHUN gave me the vin # 1B3EJ46C6TN254767 that was on the front dashboard and asked if I could make a check via dispatch. Per dispatch, this vin# came out to license plates GGC 631, 1996 Dodge Stratus, 4 door, gold. This turned out to be an outstanding stolen vehicle under report number 04-113911.

### VEHICLE PARKED AT THE POLICE STATION:

The vehicle was parked at the Kalihi Police Station. At about 1250 hours, I checked the outstanding stolen vehicle bearing vin# 1B3EJ46C6TN254767 and it matched to GGC 631.

Officer J. PAGAN recovered the rear license plate GJT 709 that was on the rear bumper of recovered stolen vehicle. Refer to Officer J. PAGAN's follow up report.

| Writer | ID Number | Date / Time | Approved By | ID Number |
|---|---|---|---|---|
| NEIL PANG | 100609 | 03-23-04 / 1743 | Cert T1 eDiscovery | 000000014 |

MOC 192B Rev Mar 2003

## Honolulu Police Department

| | CONTINUATION PAGE | Page 2 of 2 pages<br>04-113-911<br>Year  Six Digit Report Numb |

| Incident Type<br>AUTO THEFT | Code<br>432 | Reclassify<br>☐ Yes | Key Report<br>☐ Yes | F/U<br>☒ | ☐ Open  ☒ Closed<br>Status | Disposition<br>R | HRS Section Number<br>708-836 |
| Complainant  Last  First  Middle<br>D-5 CRU | | | Location of Offense<br>1865 KAM IV RD | | | | Date of Occurrence<br>03-23-04 |

### DAMAGES:

There was damage to the driver side door lock/handle area and the ignition.

### LATENTS:

I dusted both all four exterior doors/window areas, front driver/passenger interior windows, rear view mirror, and exterior trunk area and was able to lift 4 latent prints. 3 prints from the front driver side exterior window area and 1 from the front passenger side exterior window. I submitted the latent prints under report number 04-113911.

### PHOTOGRAPHS:

Refer to attached photographs.

### NOTIFICATIONS:

Sergeant L. FUJISHIGE related that the registered owner was not notified for investigative purpose. Refer to Sergeant L. FUJISHIGE's follow up report.

### CONNECTING REPORTS:

04-110772    Auto Theft
04-118313    Fraud Use of a License Plate

### DISPOSITION:                    REFER TO KEY REPORT

| Writer<br>NEIL PANG | ID Number<br>100609 | Date / Time<br>03-23-04 / 1743 | Approved By | Carr v blo Discovery | 000000015<br>137672 |

MDC 192B Rev Mar 2003

```
LEOV                  LAW ENFORCEMENT SYSTEM-WANTED VEHICLES
            *** INVALID SERIAL-NO ***
     _ION I  VEH TYPE A  LICENSE GGC631        STATE HI   TYPE ENTRY P    ** PLATES **
     S/E    SERIAL                             EMBLEM B75839   STATUS    WANTVEH

                        -----D E S C R I P T I O N-----
YEAR 96 MAKE DODG   MODEL STR TYPE 4DSD COLOR  SIL      RENWAL 06 04 SAFE 04 04

                        -----C O M P L A I N A N T-----
COMP SASAN JOHN W & MARION J                     RES PH 626-9584  BUS PH NONE
ADDRESS   95 1065 KUAULI ST 7            CITY,STATE   MILILANI HI 96789

                      ---------R E P O R T-----------
RPT 04113911    CLASSIFICATION PLATE T     REPORTED: DATE 03 20 04  TIME 0755
STOLEN:DATE 03 19 04 DAY 6 TIME 1700  BT 255 LOCATION 951065 KUAULI ST
   SPECIAL CHARACTERISTICS  CEL=341-2381/VEH RCVRD 03-26-04 K#1163
   NO. PLATES STOLEN 2  KEYS IN    LOCKED   VALUE BEFORE THEFT 0000

RECOVR:DATE                       BEAT    LOCATION
   CONDITION                              VALUE AFTER  THEFT 0000

                                        LAST TRANSACTION: 03.27.04   16:50
(PF12) RETURN TO MENU    (CLEAR) END SESSION    (ENTER) ENTER THE ABOVE
   KEYS) USE PF KEYS TO DESIGNATE NEXT VEHICLE INQUIRY SCREEN--REFER TO MENU
```

Carrillo Discovery   000000016

LEOV                LAW ENFORCEMENT SYSTEM-WANTED VEHICLES
         *** INVALID SERIAL-NO ***
   .TION I  VEH TYPE A  LICENSE GJT709/     STATE HI   TYPE ENTRY P   ** PLATES **
   S/E   SERIAL                           EMBLEM A19094   STATUS   WANTVEH

                    -----D E S C R I P T I O N-----
YEAR 96 MAKE HYUN  MODEL    TYPE    COLOR  GRY     RENWAL 09 03 SAFE 10 03

                    -----C O M P L A I N A N T-----
COMP LAU KRISTINE K Y  ~                    RES PH 488 9008  BUS PH NONE
ADDRESS   98 099 UAO PL 1409             CITY,STATE    AIEA .HI 96701

                    ---------R E P O R T-----------
RPT 04110772   CLASSIFICATION PLATE T     REPORTED: DATE 03 18 04  TIME 0856
STOLEN:DATE 03 08 04 DAY 2 TIME 1800  BT 382 LOCATION KAM HW/MOANALUA RD
   SPECIAL CHARACTERISTICS  VEH RECVD 040204 #0525 REAR MISSING
   NO. PLATES STOLEN 1. KEYS IN   LOCKED  VALUE BEFORE THEFT 0000

RECOVR:DATE                    BEAT   LOCATION
   CONDITION                          VALUE AFTER  THEFT 0000

                                LAST TRANSACTION: 04.02.04   10:44
(PF12) RETURN TO MENU   (CLEAR) END SESSION   (ENTER) ENTER THE ABOVE
   KEYS) USE PF KEYS TO DESIGNATE NEXT VEHICLE INQUIRY SCREEN--REFER TO MENU

Carrillo Discovery   000000017

# Honolulu Police Department

INCIDENT REPORT

04 - 118 - 313

Year    Six Digit Report Number

| Ident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Fraudulent Use Of License Plates | 299 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☒ Open ☐ Closed | | 249-11 |

Location Of Offense (Must Have Street Number And Street Name Or Names Of Two Streets That Intersect)

4510 Salt Lake Blvd.

Domestic Violence ☐ Yes ☒ No

| Responsible Officer Last First | ID Number | Division | Beat of Offense | Location Code |
|---|---|---|---|---|
| Pagan, Joseph | 005384 | D-5 | | 4 |

| Date / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To |
|---|---|---|
| 03-23-04 /1145/ Tue | 03-23-04 / 1300 / Tue | |

Related Reports or Comments
AUTO THEFT/04110772    AUTO THEFT/04-113911

1. Residence
2. Apart/Condo
3. Hotel
4. Street
5. Non-Beach Parks
6. Beach Parks
7. Scenic Pt.
8. Gas Stn.
9. Restaurant
10. Bar
11. Store
12. Bank, etc.
13. Jewelry
14. Liquor
15. School
16. Commercial
17. Taxi
18. Other

---

| ☒ Complainant | ☐ Victim | ☐ Reporting Person | ☐ Finder | ☐ Witness | ☐ Suspect |
|---|---|---|---|---|---|

| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse~ ☐ Korea ☐ P. Rican<br>☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Name  Last  First  Middle | Age | DOB | Sex |
|---|---|---|---|---|
| | Pagan, Joseph | | | M |

| ☐ Blood Test ☐ Refuse | Results | SSN | Occupation / For Juvenile -- School Attending | ☐ Visitor ☒ H P D<br>☐ Military | Juvenile<br>☐ Yes ☒ No |
|---|---|---|---|---|---|
| ☐ Breath Test | | | POLICE OFFICER | | |

Home Address City -- Country -- State - Zip
C/O: Hpd

Business Address City -- Country -- State - Zip
1865 Kam. Iv Road

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|
| | | 847-2525 | Varies | |

| Injured<br>☐ Yes ☒ No | Treated<br>☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | Victim Relationship to Suspect<br>RU | Will Prosecute<br>☒ Yes ☐ No |
|---|---|---|---|---|---|---|

| ☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other<br>☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | Voluntary ☐ Good / Fair<br>☐ Yes ☐ No ☐ Ser / Guard | ☐ Fatal | Attending Physician | ☐ Confined<br>☐ Refused ADM | ☐ Sent Home | ☐ Refused Tm<br>☐ Tr/ Release |
|---|---|---|---|---|---|---|

AKA

Who Described    Peculiarities

| Height | Weight | Build | Hair Color | Hair Char. | Eyes | Compl. | Voice | Facial Hair Color | Facial Hair Char. | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

---

| ☐ Complainant | ☐ Victim | ☐ Reporting Person | ☐ Finder | ☐ Witness | ☒ Suspect |
|---|---|---|---|---|---|

| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican<br>☐ Hawn ☐ Samoa ☐ Tonga ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Name  Last  First  Middle | Age | DOB | Sex |
|---|---|---|---|---|
| | Unknown | | | |

| ☐ Test ☐ Refuse a Test | Results | SSN | Occupation / For Juvenile -- School Attending | ☐ Visitor ☐ H P D<br>☐ Military | Juvenile<br>☐ Yes ☐ No |
|---|---|---|---|---|---|

Home Address City -- Country -- State - Zip

Business Address City -- Country -- State - Zip

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

| Injured<br>☐ Yes ☐ No | Treated<br>☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | Victim Relationship to Suspect | Will Prosecute<br>☐ Yes ☐ No |
|---|---|---|---|---|---|---|

| ☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other<br>☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | Voluntary ☐ Good / Fair<br>☐ Yes ☐ No ☐ Ser / Guard | ☐ Fatal | Attending Physician | ☐ Confined<br>☐ Refused ADM | ☐ Sent Home | ☐ Refused Tm<br>☐ Tr/Released |
|---|---|---|---|---|---|---|

AKA

Who Described    Peculiarities

| Height | Weight | Build | Hair Color | Hair Char. | Eyes | Compl. | Voice | Facial Hair Color | Facial Hair Char. | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|
| UNK | | | | | | | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Misc.

☐ Dusted & Submitted
☐ Dusted & Negative
☒ Not Dusted

Property Status Codes: ST = Stolen    OV = Overdue    LS = Lost    DM = Damaged    FN = Found    RC = Recovered    OT = Other    Type Codes: I = Item    B = Building    V = Vehicle    L = Land

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

SYNOPSIS: For further facts refer to forthcoming reports.

---

Vehicle Status Codes: ST = Stolen    OV = Overdue    WV = Wanted    SV = Suspect    RC = Recovered    OT = Other    Veh. Type Codes: ☐ Auto ☐ Const ☐ Farm ☐ M/C ☐ Truck ☐ Other

| Who Described | Status | Year | Make | Model | Body Type | Color | State | License No. |
|---|---|---|---|---|---|---|---|---|

| VIN | | Emblem | Characteristics | | Towed By | | Vehicle Value |
|---|---|---|---|---|---|---|---|

| Hel | Tow Date / Time | Owner Name | | Phone |
|---|---|---|---|---|

| ...ress | Owner Notified By Date / Time | Person Notified | Returned By Date / Time |
|---|---|---|---|

| Recovered Date / Time | Recovering Officer | Recovered Location | Beat Recovered |
|---|---|---|---|

| Writer | ID Number | Date / Time | Approved By | |
|---|---|---|---|---|
| JOSEPH PAGAN | 005384 | 03-23-04 / 1443 | Sgt. P. Chun | 110 Discovery 10010000018<br>137670 |

MDC 192 Rev. Mar. 2003

Page 1 of 1 pages

04 - 118 - 313

## onolulu Police Department

EVIDENCE OR
PROPERTY
REPORT

Year  Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Dispositions | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Fraudulent Use Of Licenseplates | 299 | ☐ Yes | ☒ Yes | ☐ | ☒ Open ☐ Closed | | 249-11 |

| Complainant    Last    First    Middle | Location of Offense | Date of Occurrence |
|---|---|---|
| Pagan, Joseph | 4510 Salt Lake Blvd. | 03-23-04 |

Vehicle & Property Status Codes:    EV = Evidence    IM = Impound    FN = Found    RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | GJT 709 | HAWAII STATE LICENSE PLATE | YOTHER | 1 | |
| 2 | EV | I | A19094 | TAX DECAL 2003 | YOTHER | 1 | |
| | | | | ITEM #1 | | | |
| | | | | Fraudulent Use Of Licenseplate 04118313 | | | |
| | | | | J. PAGAN          005384 | | | |
| | | | | 3-23-04          1300 HOURS | | | |

Circumstances of Recovery

RECOVERED FROM ANOTHER STOLEN VEHICLE.

Chain of Custody

| Item | From | By | Date and Time |
|---|---|---|---|
| 1 | J. PAGAN | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |

| Owner's Name    Last    First | Address | Phone |
|---|---|---|
| | | |

| Finder's Name    Last    First | Address | Phone |
|---|---|---|
| | | |

| Ied | Time | By | Person Notified | Comments |
|---|---|---|---|---|
| | | | | |

| Disposed By | Date | Time | Final Disposition |
|---|---|---|---|
| | | | ☐ Ret. Owner ☐ Ret. Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |

| Writer | ID Number | Date/ Time | Approved | ID Number |
|---|---|---|---|---|
| Joseph Pagan | 005384 | 03-23-04 / 1510 | Casgt. 1 DniDiscovery | 000000019 |

HPD 192A Rev. Mar. 2003

LEOV                    LAW ENFORCEMENT SYSTEM-WANTED VEHICLES  *No Photo*

   .ION I   VEH TYPE A   LICENSE GXG604        STATE HI    TYPE ENTRY V    ** RECQVD **
   S/E      SERIAL 2B4FP25B9XR169524           EMBLEM T20507    STATUS R WANTVEH

                    -----D E S C R I P T I O N-----
YEAR 99 MAKE DODG    MODEL       TYPE 2DSW COLOR  RED        RENWAL 10 04 SAFE 04 04

                    -----C O M P L A I N A N T-----
COMP FLAISEK MITOKO Y                        RES PH 941-0521  BUS PH NONE
ADDRESS   1738 YOUNG ST 3                    CITY,STATE   HONOLULU HI 96826

                    ---------R E P O R T----------
RPT 04044288    CLASSIFICATION AUTO TH       REPORTED: DATE 02 01 04   TIME 1441
STOLEN:DATE 02 01 04 DAY 1 TIME 0100  BT 753 LOCATION 1738 YOUNG ST
   SPECIAL CHARACTERISTICS  MODEL=CARAVAN
   NO. PLATES STOLEN   KEYS IN   LOCKED   VALUE BEFORE THEFT 0000

RECOVR:DATE 02 24 04                   BEAT 558 LOCATION 1865 KAM IV RD
     CONDITION                                 VALUE AFTER  THEFT 0000

                                       LAST TRANSACTION: 02.24.04   13:21
(PF12) RETURN TO MENU    (CLEAR) END SESSION    (ENTER) ENTER THE ABOVE
   KEYS) USE PF KEYS TO DESIGNATE NEXT VEHICLE INQUIRY SCREEN--REFER TO MENU

Date: 2/25/2004 Time: 8:44:44 AM

Carrillo Discovery   000000020

POLICE DEPARTMENT

# CITY AND COUNTY OF HONOLULU

801 SOUTH BERETANIA STREET

HONOLULU, HAWAII 96813 - AREA CODE (808) 529-3111

http://www.honolulupd.org

www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



LEE D. DONOHUE
CHIEF

GLEN R. KAJIYAMA
PAUL D. PUTZULU
DEPUTY CHIEFS

OUR REFERENCE

04-044288          mb

February 25, 2004

Mr. Dennis Kamimura
Licensing Administrator
Division of Motor
  Vehicles and Licensing
Department of Financing
City and County of Honolulu
Honolulu, Hawaii  96813

Dear Mr. Kamimura:

        Subject:  Report No. 04-044288

On February 24, 2004, a 1999 Dodge Caravan, Red, Hawaii License Number
GXG-604, VIN 2B4FP25B9XR169524, was reported stolen from 1738 Young
Street. As of this date, the vehicle has been recovered, but license
plates remain outstanding.

The registered owner of the vehicle is Ms. Mitoko Y. Flaisek who is now
applying for a duplicate Certificate of Motor Vehicle Ownership and
Registration, and new license plates.

The Division of Motor Vehicles and Licensing may provide
Ms. Mitoko Y. Flaisek with a duplicate Certificate of Motor Vehicle
Ownership and Registration and new license plates in accordance with
your procedures.

Should you have any questions, please contact Detective Byron Valdez of
our Criminal Investigation Division at (808)529-3880.

Thank you for your assistance.

                        Very truly yours,

                        LEE D. DONOHUE
                        Chief of Police

                    By: _____
                        HENRY NOBRIGA, Lieutenant
                        Criminal Investigation Division

*Serving and Protecting with Aloha*

POLICE DEPARTMENT

# CITY AND COUNTY OF HONOLULU
**801 SOUTH BERETANIA STREET**
HONOLULU, HAWAII 96813 - AREA CODE (808) 529-3111
http://www.honolulupd.org
www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR

LEE D. DONOHUE
CHIEF

GLEN R. KAJIYAMA
PAUL D. PUTZULU
DEPUTY CHIEFS

OUR REFERENCE

Report# *04 044288*

~~June 24, 2003~~
*2 -25 - 04*

Mr. Dennis Kamimura
Licensing Administrator
Division of Motor Vehicles and Licensing
Honolulu, Hawaii   96813

Dear Mr. Kamimura:

Subject:   Report No. *04-044288*

On (month/day/yr) *2-24-04*, a *1999* *DODGE* *CARAVAN* *RED* (yr/make of
vehicle), Hawaii License Number *6XG-604*, VIN *2B4FFP25B9KR169524*
was reported stolen from *1738 Young St* (location). As of this date,
the (vehicle/motorcycle)has ~~not~~ been recovered. *But Licesise Plates Returned*
*Outstanding*

The registered owner of the vehicle is *MITOICO Y. FLASEK* (Mr. (Ms.) or
organization) who is now applying for a ~~duplicate~~ Certificate of Motor
Vehicle Ownership and Registration. *+ New License Plates*

The Division of Motor Vehicles and Licensing may provide
*Ms. Mitoko Y. Flasek* (Mr./Ms. or organization) with a ~~duplicate~~
Certificate of Motor Vehicle Ownership and Registration, in accordance with
your procedures.   *AND New License Plates*

Should you have any questions, please contact Detective
*Byron Valdez* (first/last) of our Criminal Investigation
Division at 529-*3580*.

Thank you for your assistance.

Very truly yours,

LEE D. DONOHUE
Chief of Police

By:
HENRY NOBRIGA, Lieutenant
Criminal Investigation Division

Carrillo Discovery   000000022

*Serving and Protecting with Aloha*

INCIDENT REPORT

# Honolulu Police Department

04 - 047 -254
Year   Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Misc. Public | 432 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☒ Open ☐ Closed | | |

Location Of Offense (Must Have Street Number And Street Name Or Names of Two Streets That Intersect)

Domestic Violence ☐ Yes ☒ No

1865 Kam Iv Road/Kino Street

| Responsible Officer   Last · First | ID Number | Division | Beat of Offense | Location Code | |
|---|---|---|---|---|---|
| Yamane, Erik | 100928 | cpb | 558 | 18 | 1. Residence 7. Scenic Pt. 13. Jewelry ... |

| Date / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To |
|---|---|---|
| 2-2-04 /2018/mon | 2-2-04/1959/mon | 2-2-04/2015/mon |

Related Reports or Comments

☒ Complainant  ☐ Victim  ☐ Reporting Person  ☐ Finder  ☐ Witness  ☐ Suspect

Name  Last  First  Middle: **Honolulu Police Department**

Business Address City – Country – State - Zip: **1865 Kam Iv Road**

Business Phone: **5293128**

☐ Complainant  ☐ Victim  ☐ Reporting Person  ☐ Finder  ☐ Witness  ☐ Suspect

Property Status Codes: ST = Stolen  OV = Overdue  LS = Lost  DM = Damaged  FN = Found  RC = Recovered  OT = Other   Type Codes: I = Item  B = Building  V = Vehicle  L = Land

**Ongoing investigation....**

*300.00  Kapolei S.C.*

| Writer | ID Number | Date / Time | Approved By | ID Number |
|---|---|---|---|---|
| E. Yamane | 100928 | 02-03-04 / 1542 | Sgt. Chun  Io Discovery | 0000023 |

Form Number MDC 192B Rev. Mar. 2003

MISCELLANEOUS PUBLIC                                                    04-047254
UNKNOWN SUSPECT                                                         2-2-04
PAGE 1 OF 2

## FOLLOW-UP

### ASSIGNMENT:
I am currently assigned to the District 5 Crime Reduction Unit. It is a plain clothed unit that works together with uniformed patrol.

### AUTO THEFT INVESTIGATION:
The District 5 Crime Reduction Unit, with the assistance of Sergeant Leroy FUJISHIGE, has been conducting an island wide auto theft investigation.
Undercover officers were instructed to make contact with persons attempting to sell stolen vehicles, and then purchase the vehicles from those persons.

### BRIEFING:
On 2-2-04, at 1800 hours, Sergeant T. CHUN conducted a briefing with the District 5 CRU officers and Undercover Officer S. YANG at the Kalihi Police Station.
Officer YANG was instructed to go to the Kapolei Shopping Center, located at 590 Farrington Highway, and attempt to purchase a stolen van from a female (Annette CARILLO). This female has not been positively identified at this time.

### MONEY ISSUED:
I issued three ($300) hundred dollars in U.S. currency to Officer YANG.
Refer to the attached copy of the monies for the serial numbers.

### VANTAGE POINT:
Officer J. OMAI was at a predetermined vantage point observing Officer YANG's actions when he arrived in the area of the Kapolei Shopping Center.

### AUDIO TRANSMITTER:
I issued Officer YANG an audio transmitter during the briefing at the Kalihi Police Station. The transmitter was tested and was found to be in working condition.

### UNDERCOVER OFFICER LEAVES STAGING AREA:
On 2-2-04, at 1940 hours, Officer YANG left the staging area and proceeded to the predetermined area.

### ARRIVAL IN AREA:
At 1959 hours, Officer OMAI informed this officer that Officer YANG was in the area of the Kapolei Shopping Center.

### DEBRIEFING:
At 2045 hours, this officer met with Officer YANG, who informed us that he went to the Kapolei Shopping Center.

EY

SGT. T. CHUN    137670

MISCELLANEOUS PUBLIC                                          04-047254
UNKNOWN SUSPECT                                              2-2-04
PAGE 2 OF 2

## DEBRIEFING: (CONTINUED)

Officer YANG related that he had purchased a red 1999 Dodge van from a local looking female with black curly hair, wearing a white baseball type jersey and dark colored pants, in the parking lot of the Kapolei Shopping Center.

Refer to Officer YANG's follow-up.

## CHECKS MADE:

On 2-2-04, at 2000 hours, I checked the VIN (2B4FP25B9XR169524) of the aforementioned Dodge van and confirmed that the vehicle was stolen.

## VIDEO AND AUDIO OF TRANSACTION:

Refer to Officer OMAI's follow-up report.

## REVIEW OF TRANSACTION ON VIDEO:

While at the Kalihi Police Station, I reviewed the video observations from Officer OMAI taken of Officer YANG's interaction with the female who sold him the stolen red 1999 Dodge van.

DISPOSITION:          RECORDS ONLY

Erik YAMANE          100928                SGT. T. CHUN          137670
D-5                  CRU
2-2-04               2130 HOURS

Carrillo Discovery   000000025



04-044288



THE UNITED STATES

THIS NOTE IS LEGAL TENDER
FOR ALL DEBTS, PUBLIC AND PRIVATE

6    D₄    F    6

F 66309437 B



CD 36157579 A
D4

CF 64669950 A
FF

CC 94614399 A
C3

THIS NOTE IS LEGAL TENDER
FOR ALL DEBTS, PUBLIC AND PRIVATE



CA 60480904 B
A1

THIS NOTE IS LEGAL TENDER



CB 47452749 A
B2

THIS NOTE IS LEGAL TENDER
FOR ALL DEBTS, PUBLIC AND PRIVATE

## FOLLOW-UP REPORT

### ASSIGNMENT/ARRIVAL:

This writer is currently assigned to the Crime Reduction Unit based in District 5, Kalihi. This is a plainclothes unit that directly supports uniform patrol. On Monday, February 2, 2004, this writer along with officer S. YANG (hereinafter referred to as YANG) would be acting in an undercover capacity in an auto theft investigation. Other members of this same unit would be in the role of backup and support.

### SYNOPSIS:

The offense would involve the purchasing of a purported stolen 1999 Dodge Van for a price of three hundred dollars in U.S. currency ($300). The suspect in this investigation would be a female known to this writer as "Annette". The location of this purchase would the parking lot area of the Kapolei Shopping Center (590 Farrington Highway), near the Taco Bell restaurant located within the shopping center.

### ARRIVAL AT SHOPPING CENTER:

At approximately 2000 hours, this writer and YANG arrived at the pre-determined location in a white Toyota Corolla which was being used in the capacity of an undercover vehicle.

### OBSERVATION AND INITIAL CONTACT:

At about 2010 hours, this writer observed a red van enter the parking lot area with no license plates in the front or rear of the vehicle. A female driver parked the vehicle in the lot in a marked stall near the Taco Bell restaurant.

The female exited the vehicle, walked to the rear of the van and stood at this position looking around the parking lot. This writer and YANG approached the female and asked if she was Annette, to which she replied in the affirmative.

04-047254
MISC. PUBLIC
Page _ of _

## OBSERVATION CON'T:

This writer and YANG spoke with Annette about the van as we checked the van's interior. The female Annette explained to us as to how to start the vehicle using a device similar to an anti-theft mechanism.

## PAYMENT MADE TO ANNETTE:

Upon this writer being handed the key to the van by Annette, YANG then handed Annette payment for the agreed amount of three hundred dollars ($300) in U.S. currency.

## VEHICLE RECOVERED:

Refer to follow-up submitted by officer E. YOSEMORI under this same report number.

## SUSPECT'S DESCRIPTION:

The female Annette is described as a Caucasian female in her late thirties (30's) to mid-forties (40's) weighing approximately 160 pounds, standing about 5'2 in height with brown hair and being fair in complexion.

## SCENE OF RECOVERY:

The scene of the transaction and recovery of the vehicle is the parking lot of the Kapolei Shopping Center. The lighting of the area was during the evening hours and was lit with lighting from light poles within the parking lot.

## DISPOSITION:

Pending.....

T/CHUN                    #137670
Sergeant, CPB,    D-5, CRU
2-10-04                   2000 Hrs

MISC. PUB.                                             04-047254
Kapolei Shopping Center                                Page      of

## FOLLOW -UP REPORT

**ASSIGNMENT:**
    This writer is currently assigned to the District 5 Crime Reduction Unit, a plained clothed unit that directly supports the uniformed patrol division.

**BACKGROUND INFORMATION:**
    On 02-02-04/1800 hours, Sergeant Theodore CHUN supervisor of the D-5 CRU apprised members of CRU on the operation. Per Sergeant CHUN, officer Scotty YANG in an Undercover (UC) Capacity was to purchase a stolen. This writer was assigned to record the transaction on video from a short distance from the Undercover Officer.

**SET UP/EQUIPMENT UTILIZED:**
    I utilized a unit issued "Sony" video camera, which was mounted on a standard tripod, coupled with a radio receiver unit. Prior to the operation, the equipment was tested and found to be in proper working condition. I began surveillance of the mentioned area on 02-02-04, at about 1959 hours. The surveillance was terminated at about 2020 hours.

**SCENE OF THE TRANSACTION:**
    The scene of this transaction was the parking lot of the Kapolei Shopping Center, approximately between the Taco Bell restaurant and the Baskin Robbins.
    This writer's position was approximately 90 feet from the subjects.

**ADDITIONAL INFORMATION:**
    For additional facts refer to Officer E. YAMANE's initial report.

**TRANSACTION CONDUCTED:**
    Upon the verbal signal given over the radio, this writer activated the video recording unit at about 1959 hours, this writer deactivated the unit after the end of the transaction.

**VIDEO SUBMITTED INTO EVIDENCE:**   Refer to HPD-192A Evidence Sheet.

**DISPOSTION:** Pending…

**Jeffrey OMAI   100977   02-02-04/**        Supervisor

Carrillo Discovery  000000030

# Honolulu Police Department

EVIDENCE OR PROPERTY REPORT

04-047254
Year - Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| sc. Public | 432 | | Yes | | OPEN | | |

| Complainant Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|
| MAI, J | | | Kapolei Shopping Center | 02-02-04 |

Vehicle & Property Status Codes:  EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | NONE | 8mm video cassette tape, Sony | ROTHER | 1 | UNK. |
| 2 | EV | I | NONE | VHS tape, standard. 15 minutes | ROTHER | 1 | UNK. |
| | | | | ITEM # 1-2   placed in a manilla envelope marked: | | | |
| | | | | Misc. Public                         04-047254 | | | |
| | | | | J. OMAI                               100977 | | | |
| | | | | 02-02-04                             2020 hours | | | |

Circumstances of Recovery

## Chain of Custody

| Item | From | By | Date and Time |
|---|---|---|---|
| 1 -2 | J. OMAI            100977 | | |
| 1 -2 | | | |
| 1 -2 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Owner's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| | | | | |

| Finder's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| | | | | |

| Date Notified | Time | By | Person Notified | Comments |
|---|---|---|---|---|
| | | | | |

| Closed By | | Date | Time | Final Disposition |
|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret. Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |

| Writer | ID Number | Date/ Time | Approved By | ID Number |
|---|---|---|---|---|
| J. OMAI | 100977 | 02-02-04/2200 | SGT. T. CHUN | 137670 |

Carrillo Discovery   000000031

04 044288

# HONOLULU POLICE DEPARTMENT

# EVIDENCE

## DO NOT TOUCH

**Report No:** 04-04

**Classification:** Auto Theft

**License:** Vin# 2B4FP25B9XR169524

**Make/Model:** Dodge Caravan

**Color:** ~~Bu~~ red GX6, 604

**Date/Time:** 2-0204 / 2015

**Seized By:** CRU

**Hold For:** CID

**Keys Disposition:** CRU

# EVIDENCE

HPD 175

Carrillo Discovery     000000032

# Honolulu Police Department

Page ___ of ___ pages
Year ___ Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|
| AUTO THEFT | | ☐ Yes | ☑ Yes ☐ No | ☑ Open ☐ Closed | | |

Loc. of Offense (Must Have Street Number And Street Name, Or Name Of Entity/Space Than Intersection)
1919 BIRMINGHAM BRIDGE CITY SQUARE

| Investigating Officer - Last | First | ID Number | Division | Beat of Offense | Location Code |
|---|---|---|---|---|---|
| ROOKIGUES-LEONG, S | 100613 | DS | 0505 | 28 | |

| Date / Time · Day Reported | Day / Time · Day Occurred From | Date · Time · Day Occurred To | 1. Residence | 7. Scenic Pt. | 13. Jewelry |
|---|---|---|---|---|---|
| 2-2-04/0400 MON | 2-2-04/0400 MON | 2-2-04/0401 MON | 2. Apart · Condo | 8. Gas Stn. | 14. Liquor |

Related Reports or Comments

3. Hotel / 9. Restaurant / 15. School
4. Street / 10. Bar / 16. Commercial
5. Non-Beach Parks / 11. Store / 17. Taxi
6. Beach-Parks / 12. Bank, etc. / 18. Other

Domestic Violence  Yes ☐  No ☑

---

**PERSON**

☑ Complainant  ☐ Victim  ☐ Reporting Person  ☐ Finder  ☐ Witness  ☐ Suspect

☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Janse ☑ Korea ☐ P Rican  Name Last / First / Middle  CHOI, JOSEPHINE   Age / DOB / Sex

☐ Hawn ☐ Samoa ☐ Tonga ☐ Vietn ☐ Filpn ☐ Unk ☐ Other

| Blood Test | Results | SSN | Occupation · For Juvenile · School Attending | ☐ Visitor ☐ H P D | Juv |
|---|---|---|---|---|---|
| ☐ Breath Test ☐ Refuse | | | ATTORNEY OFFICE OF NATHAN CHOI | ☐ Military | ☐ Yes ☑ No |

Home Address City · Country · State · Zip  1188 BISHOP ST. 2511

Business Address City · Country · State · Zip

| At Local Address Until · Date | Home Phone 808·9442005 | Business Phone 808·778-9677 | Work Hours | Local Phone |
|---|---|---|---|---|

**HOSP**

| Injured ☐ Yes ☑ No | Treated ☐ Yes ☐ No | SID # (if appropriate) | Hospital 5819983 | Transported By | Victim Relationship to Suspect REL | Will Prosecute ☑ Yes ☐ No |
|---|---|---|---|---|---|---|
| ☐ Mental ☐ Suicide ☐ ICF ☐ SCF ☐ Other | | Voluntary ☐ Yes ☐ No | ☐ Good Fair ☐ Ser Guard ☐ Fatal | Attending Physician | ☐ Confined ☐ Refused ADM ☐ Sent Home | ☐ Refused Trnt ☐ Tr. Released |
| ☐ Intox ☐ Drugs ☐ Incust ☐ Uncon ☐ Resisted Assist | | Who Described 5819983 | | NCO 1915 Peculiarities 12-4-0_ | | |

AKA

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

---

**PERSON**

☐ Complainant  ☐ Victim  ☐ Reporting Person  ☐ Finder  ☐ Witness  ☑ Suspect

☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Janse ☐ Korea ☐ P Rican  Name Last / First / Middle  UNKNOWN   Age 20-25 / DOB / Sex M

☐ Hawn ☐ Samoa ☐ Tonga ☐ Vietn ☐ Filpn ☐ Unk ☐ Other

| Blood Test | Results | SSN (MS, WOM.) | Occupation · For Juvenile · School Attending  prison inmate — No explor | ☐ Visitor ☐ H P D | Juv |
|---|---|---|---|---|---|
| ☐ Breath Test ☐ Refuse | | | | ☐ Military | ☐ Yes ☑ No |

Home Address City · Country · State · Zip  California
Photo hang up   Malden Alapesa

| ss Address City · Country · State · Zip | | Local Address (for visitors) |
|---|---|---|

| At Local Address Until · Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

**HOSP**

| Injured ☐ Yes ☐ No | Treated ☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | Victim Relationship to Suspect | Will Prosecute ☐ Yes ☐ No |
|---|---|---|---|---|---|---|
| ☐ Mental ☐ Suicide ☐ ICF ☐ SCF ☐ Other | | Voluntary ☐ Yes No | ☐ Good Fair ☐ Ser Guard ☐ Fatal | Attending Physician | ☐ Confined ☐ Refused ADM ☐ Sent Home | ☐ Refused Trnt ☐ Tr. Released |
| ☐ Intox ☐ Drugs ☐ Incust ☐ Uncon ☐ Resisted Assist | | Who Described | | Peculiarities | | |

AKA

| Height 5'10 | Weight 150 | Build Slim | Hair Color BRN | Hair Char SHORT | Eyes | Compl TAN | Voice | Facial Hair Color | Facial Hair Char | Clothing Ivory dreadstrig |
|---|---|---|---|---|---|---|---|---|---|---|

---

**MO**

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Misc.

☐ Dusted & Submitted  ☑ Not Dusted
☐ Dusted & Negative

---

**PROP-SYNOPSIS**

Property Status Codes:   ST=Stolen   OV=Overdue   LS=Lost   DM=Damaged   FN=Found   RC=Recovered   OT=Other   Type Codes:  I = Item   B = Building   V = Vehicle   L = Land

| Item # | Status | Type | Serial, Other I D | Description or Manufacturer / Model · Gun Make · Type · Cal · Ga | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

On above date, time, location, above comp.'s vehicle was taken from pilot.

---

**VEHICLE**

Vehicle Status Codes:   ST = Stolen   OV = Overdue   WV = Wanted   SV = Suspect   RC = Recovered   IM = Impounded   OT = Other   Veh Type Codes: ☑ Auto ☐ Const ☐ Farm ☐ Trailer ☐ M/C ☐ Truck ☐ Other

| Who Described | Status ST | Year 03 | Make MERCEDES | Model | Body Type 4DR | Color Silver | State HH | License No. JZLL 881 |
|---|---|---|---|---|---|---|---|---|

| VIN | Emblem | Characteristics | Towed By | Vehicle Value |
|---|---|---|---|---|

| Held At | Tow Date · Time | Owner Name GAA | Person Notified | Phone 8827 |
|---|---|---|---|---|

Y Address  GAA   Owner Notified By · Date · Time   Returned By · Date · Time

vered Date · Time   Recovering Officer   Recovered Location   Beat Rec

| Writer | I D Number 100613 | Date 2204 | Time 0600 | Approved By SGT | I D Number |
|---|---|---|---|---|---|

HPO-192 (R-7/95)

Carrillo Discovery   000000033

# Honolulu Police Department

CONTINUATION PAGE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Page | of | pages | | | | | | |
| Year | | Six Digit Report Number | | | | | | |

| Report Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| AUTO THEFT | | ☐ Yes | ☑ Yes ☐ No | ☐ | ☑ Open ☐ Closed | | |

| Complainant | Location of Offense | Date of Occurrence |
|---|---|---|
| CHOI, JOSEPHINE | 1199 Dillingham Blvd | 2-02-04 |

Vehicle & Property Status Codes: ST=Stolen LS=Lost DM-Damaged WV-Wanted SV=Suspect RC-Recovered IM=Impound FN=Found EV=Evidence OT=Other

| Item # | Status | Type | Serial / Other I D | Description or Manufacturer / Model / Gun Make / Type Cal Ga | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

a/a: On 2.02.04 @ 0405 hrs., went to a auto theft complaint @ 1199 Dillingham Blvd. City Square. arrived @ 0405 hrs.

COMPLAINANT'S STATEMENT:

Josephine Choi stated on 2.02.04 @ 0400 hrs, she pulled up along the curbside of DMV, exited her vehicle while engine was still running and walked to her friends in line.
Choi stated, her friend started to yell and point towards her vehicle. Choi turned and observed a male enter her vehicle and drive off onto Kohou Street, makai bound towards 'alani Street. Choi stated her friend who could not speak english stated it was a tall male about 6' tall, slim build with dark short hair wearing a ivory sweater. Choi did not give this male any permission to take her vehicle. She will prosecute.

OBSERVATIONS:

Prior to this call, I was parking my vehicle in the Kalani St p-lot when I observed a mercedes travelling makai bound on Kohou at a high rate of speed. I continued to monitor this vehicle & observed it take a right onto Kalani St screeching it's tires and speeding off toward Waikamilo. I reversed and started to drive towards the exit onto Kohou St. to see where this vehicle is going.

| Writer | I D Number | Date / Time | Approved By | FB Number |
|---|---|---|---|---|
| | 100013 | 2.2.04 / 0600 | SGT. | 64521 |

Form HPD 1928 Rev. Dec. 1969

**Honolulu Police Department**

CONTINUATION PAGE

| Year | Six Digit Report Number |
|------|------------------------|
| 04 | 045-143 |

| Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|------|------|-----------|-----------|-----|--------|-------------|--------------------|
| AUTO THEFT | | ☐ Yes | ☑ Yes ☐ No | ☐ | ☑ Open ☐ Closed | | |

| Last | First | Middle | Location/Address | Date of Occurrence |
|------|-------|--------|------------------|--------------------|
| CHOI, JOSEPHINE | | | 1477 Dillingham Blvd. | 3-02-04 |

**Vehicle / Property Status Codes:** ST=Stolen  LS=Lost  DM=Damaged  WV=Wanted  SV=Suspect  RC=Recovered  IM=Impound  FN=Found  EV=Evidence  OT=Other

| Item # | Status | Type | Serial / Other I D | Description or Manufacturer / Model / Gun Make / Type  Cal  Ga | Property Codes | Qty | Value |
|--------|--------|------|--------------------|---------------------------------------------------------------|----------------|-----|-------|

Observed the lights at intersection of Waikamilo & Kohou red, but no Mercedes stopped. Began to drive towards N. Nimitz when dispatch informed me of the auto theft. Observations made @ 0400 hrs.

FURTHER OBSERVATIONS:

Choi pointed to a vehicle parked at the gas pumps of 711. Observed vehicle FCZ 554 unsecured w/ engine running. Made checks w/ dispatch who related FCZ 554 is a neg. theft transfer pending.

O/ stated the male who took her vehicle, exited this vehicle, and ran to hers once she was on the sidewalk.

CHECKS MADE:

FCZ 554 windows were rolled down, keys in the ignition, and a yellow/black backpack on the passenger seat. I went into the glove compartment, checked the two visors and arm rest area for ownership papers. Negative findings. I went into the backpack to obtain some type of ownership and observed a black wallet w/ photo I.D. showing. Observed a males picture I.D. w/ name Aiden Almeida.

| Writer | I D Number | Date / Time | Approved By | I D Number |
|--------|-----------|-------------|-------------|-----------|
| | 100013 | 0-2-04/0600 | Sgt. M. Camu | |

Form HPD-252B Rev. Dec. 1989

Carrillo Discovery    000000035

**Honolulu Police Department**

CONTINUATION PAGE

| Year | Six Digit Report Number |
|---|---|
| 04 | 045-143 |

| 'int Type | CLUTO THEFT | Code | Reclassify ☐ Yes | Key Report ☒ Yes ☐ No | F/U ☐ | Status ☒ Open ☐ Closed | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|
| plainar t | CHOI, Last JOSEPHINE First Middle | | Location of Offense | 7/19 Billing Kein | | | Date of Occurrence |

Vehicle & Property Status Codes:   ST=Stolen   LS=Lost   DM=Damaged   WV=Wanted   SV=Suspect   RC=Recovered   IM=Impound   FN=Found   EV=Evidence   OT=Other

| Item # | Status | Type | Serial / Other I D | Description or Manufacturer / Model / Gun Make / Type  Cal  Ga | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

POSSIBLE SUSPECT:

AIDEN ALMEIDA: 6'0 / 150 / brown hair (short) / brown eyes tan complexion. Male known to Sector 3 & 5 through numerous encounters such as UEMV arrest & attempted auto theft arrest, also foot pursuents. Possibly headed towards Naiawae where his ex-wife resides.


EVIDENCE:

Recovered and submitted the yellow/black backpack / wallet i.a. as evidence.


LATENTS:

Dusted FCZ554 for possible prints. Negative results.


VEHICLE TOWED:

FCZ554 towed unsecured to 1040 Makepono Street.


DISPOSITION:
Pending

**D-5**

| Writer | I D Number 100613 | Date / Time 2.2.04/0600 | Approved By | I D Number 6974 |
|---|---|---|---|---|

Form HPD 192B Rev. Dec. 1983

Carrillo Discovery 000000036

# HONOLULU POLICE



INSTRUCTIONS TO BE READ TO WITNESS: In a moment I am going to show you a group of photographs. Take your time and carefully look at all the photographs before you make any decisions. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person — it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs. When you have looked at all of the photos, tell me whether you see anyone you recognize. Do not tell other witnesses that you have or have not identified anyone.

QUESTION #1:   DO YOU SEE ANYONE YOU RECOGNIZE?

ANSWER:    Yes  #1

QUESTION #2:   IF THE ANSWER TO QUESTION #1 WAS YES, IDENTIFY BY NUMBER, THE PHOTO OR PHOTOS YOU RECOGNIZE.

ANSWER:

QUESTION #3:   FROM WHERE DO YOU RECOGNIZE THE PERSON(S) IDENTIFIED?

ANSWER:

QUESTION #4:   DO YOU HAVE ANY ADDITIONAL COMMENTS?

ANSWER:

— 02/09/04

SIGNATURE OF WITNESS / DATE

HONOLULU POLICE DEPARTMENT
HONOLULU, HAWAII

Carrillo Discovery   000000037

# HONOLULU POLICE

23010556



**ALMEIDA,ALDEN L.**
HGT:
WGT:

17007981



**RUANE,JOHN RICHA**
HGT:  602
WGT:  220

25004711



**LIMAHAI, JOHN NO**
HGT:  600
WGT:  215

23010285



**DEMELLO IV , BEN**
HGT:  602
WGT:  275

23010339



**RICHARDSON, ROBE**
HGT:  506
WGT:  175

11074040



**BRAINE,ALBERT**
HGT:  510
WGT:  M M

Carrillo Discovery    000000038



**AL, JOHN NO**
**500**
**21'**



**, ALBERT**
**:10**
**:M**



# HONOLULU POLICE DEPARTMENT STATEMENT FORM  Report No.

| Statement of: WOLL, DONGIN | Classification: |
|---|---|
| Address: FOSTER ZONER #902. | Date of Occurrence: |
| Age: 60  Date of Birth: 12-52  SSN: | Occupation: |
| Res. Ph.: | Bus. Ph.: | Employer: |
| Location of Interview: | |

Please give a detailed statement answering all of the following questions:
1. What **DATE** and **TIME** did it happen?
2. **WHERE** did it happen?
3. **WHO** was involved?
4. What **WITNESSES** do you know of?
5. **WHAT** happened?
6. **HOW** did it happen?
7. **WHY** did it happen (prior events/causes)?
8. **ANY OTHER** relevant information?
9. **DID YOU IDENTIFY** any suspects? Explain.
10. **DID YOU IDENTIFY** any weapons? Explain.
11. . . . any property? Explain.
12. . . . any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

Answer #1006 .-81. Hyundai APT. Apjujeong-Dong
SEOUL  KOREA  02) 546-8610
011 - 9733 - 8610

I have read this statement prepared by _____ which consists of this typed/handwritten page and ____ continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Signature ___  Investigator's Signature ___
Date: ___ Time: ___  Date: ___ Time: ___

HPD-252 (R-12/96)

Carrillo Discovery  000000040



INSTRUCTIONS TO BE READ TO WITNESS: In a moment I am going to show you a group of photographs. Take your time and carefully look at all the photographs before you make any decisions. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person -- it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs. When you have looked at all of the photos, tell me whether you see anyone you recognize. Do not tell other witnesses that you have or have not identified anyone.

QUESTION #1:   DO YOU SEE ANYONE YOU RECOGNIZE?

ANSWER:   I am unable to Identify but not Sure.

QUESTION #2:   IF THE ANSWER TO QUESTION #1 WAS YES, IDENTIFY BY NUMBER, THE PHOTO OR PHOTOS YOU RECOGNIZE.

ANSWER:

QUESTION #3:   FROM WHERE DO YOU RECOGNIZE THE PERSON(S) IDENTIFIED?

ANSWER:

QUESTION #4:   DO YOU HAVE ANY ADDITIONAL COMMENTS?

ANSWER:

SIGNATURE OF WITNESS / DATE

HONOLULU POLICE DEPARTMENT
HONOLULU, HAWAII

Carr📂  Discovery      000000041

AUTO THEFT                                                          04-045/43
UNKNOWN SUSPECT                                                     2-4-04
PAGE 1 OF 2

## FOLLOW-UP

### ASSIGNMENT:

I am currently assigned to the District 5 Crime Reduction Unit. It is a plain clothed unit that works together with uniformed patrol.

### AUTO THEFT INVESTIGATION:

The District 5 Crime Reduction Unit, with the assistance of Sergeant Leroy FUJISHIGE, has been conducting an island wide auto theft investigation.

Undercover officers were instructed to make contact with persons attempting to sell stolen vehicles, and then purchase the vehicles from those persons.

### BRIEFING:

On 2-4-04, at 0600 hours, Sergeant T. CHUN conducted a briefing with the District 5 CRU officers and Undercover Officer J. JIMENEZ at the Kalihi Police Station.

Officer JIMENEZ was instructed to go to Stadium Mall, located at 4510 Salt Lake Boulevard, and attempt to purchase a stolen Mercedes, bearing Hawaii license plate JZU 881, from a female (Annette CARILLO). This female has not been positively identified at this time.

### MONEY ISSUED:

I issued five ($500) hundred dollars in U.S. currency to Officer JIMENEZ.

Refer to the attached copy of the monies for the serial numbers.

### VANTAGE POINT:

Officer E. BARROGA was at a predetermined vantage point observing Officer JIMENEZ's actions when he arrived in the area of Stadium Mall.

### AUDIO TRANSMITTER:

I issued Officer JIMENEZ an audio transmitter during the briefing at the Kalihi Police Station. The transmitter was tested and was found to be in working condition.

### UNDERCOVER OFFICER LEAVES STAGING AREA:

On 2-2-04, at 0700 hours, Officer JIMENEZ left the staging area and proceeded to the predetermined area.

### ARRIVAL IN AREA:

At 0715 hours, Officer BARROGA informed this officer that Officer JIMENEZ was in the area of Stadium Mall.

### DEBRIEFING:

At 0930 hours, this officer met with Officer JIMENEZ, who informed us that he went to Stadium Mall.

EY

SGT. T. CHUN        137670

Carrillo Discovery   000000042

Case 1:05-cr-00064-HG    Document 67-3    Filed 05/10/2006    Page 45 of 107

AUTO THEFT                                                      04-045143
UNKNOWN SUSPECT                                                 2-2-04
PAGE 2 OF 2

DEBRIEFING: (CONTINUED)

Officer JIMENEZ related that he observed a local looking male drive a silver Mercedes 4-door sedan, bearing Hawaii license plate JZU 881, into the parking lot on the South side of Stadium Mall and park it in a marked stall. The male then walked away from the aforementioned Mercedes.

Officer JIMENEZ related that he had purchased a silver 2003 Mercedes 4-door sedan, bearing Hawaii license plate JZU 881, from a local looking female with black curly hair, wearing a blue shirt and blue pants, in the parking lot of Stadium Mall.

Refer to Officer JIMENEZ's follow-up.

FEMALE SUSPECT:

Sergeant T. CHUN related that he recognized the aforementioned female from a previous encounter, involving the sale of a stolen vehicle (HPD report number 04-044288). He related that he knew the female as "Annette."

This female has not been positively identified at this time.

Refer to Sergeant T. CHUN's follow-up report.

CHECKS MADE:

On 2-2-04, I checked the VIN (WDBNG70J23A361178) of the aforementioned Mercedes 4-door sedan and confirmed that the vehicle was stolen.

VIDEO AND AUDIO OF TRANSACTION:

Refer to Officer BARROGA's follow-up report.

REVIEW OF TRANSACTION ON VIDEO:

While at the Kalihi Police Station, I reviewed the video observations from Officer BARROGA taken of Officer JIMENEZ's interaction with the female who sold him the stolen silver Mercedes 4-door sedan.

VEHICLE RECOVERED/ RELEASED:

Refer to Officer E. YOSEMORI's follow-up report.

RELATED REPORT:

04-048708          MISC PUBLIC

DISPOSITION:          PENDING...

Erik YAMANE          100928          SGT. T. CHUN          137670
D-5                  CRU
2-4-04               2030 HOURS

Carrillo Discovery  000000043

AUTO THEFT
PAGE 1 OF 3

04- 045743
02-04-04

## FOLLOW-UP REPORT

### ASSIGNMENT:

I am currently assigned to the District 6, Crime Reduction Unit, and a plain-clothes unit that
works in support of the Uniform Patrol Division.

On Wednesday, 02-04-04, I was working with members of the District 5 Crime Reduction Unit,
upon the request of Sgt. T. CHUN. I was acting in an undercover role in an auto theft
investigation.

### SYNOPSIS:

This offense involved the undercover purchase of a stolen 2003, silver, Mercedes Benz bearing
Hawaii license plate JCU 881 from a local female known as "Anette" for five hundred dollars
($500.00) at Stadium mall parking lot located at 4510 Salt Lake Boulevard.

### BRIEFING:

On Wednesday, 02-04-04 at about 0600 hours, I attended a briefing given by Sergeant T. CHUN.
I was to attempt to purchase a purported stolen vehicle from a female known as "Anette".

### PRERECORDED BUY MONEY ISSUED:

On Wednesday, 02-04-04 at about 0600 hours, I was issued five hundred dollars ($500.00) in
various denomination, U.S. currency by Officer E. YAMANE. I was to use the above buy money
to purchase the narcotics. See attached copy for the serial numbers of the buy money issued. I
placed the above money inside my back shorts right pocket.

### STOLEN VEHICLE:

Per dispatch the above car is an outstanding stolen vehicle as of 02-02-04 at about 0400 hours.

### TRANSMITTER:

Prior to leaving the staging area, I was equipped with a listening device.

J. JIMENEZ

SGT. T. CHUN  137670

Carrillo Discovery    000000044

AUTO THEFT
PAGE 2 OF 3

04- *045143*
02-04-04

## ARRIVAL IN AREA:

At about 0715 hours, I arrived at the staging area. I then proceeded in the area of Stadium mall located at 4510 Salt Lake Boulevard. Sgt. T. CHUN and myself parked our car on the kokohead side of the parking lot.

## OBSERVATIONS/INITIAL CONTACT:

At about 0840 hours, I observed an unknown local male driving a silver Mercedes Benz bearing Hawaii license plate JCU 881. The unknown male parked the above vehicle on the most kokohead side of the above parking lot. He was attired in tan shorts and blue t-shirt. He exited the vehicle and walked ewa towards Jack in the box restaurant.

A few minutes later, I observed a local female known as "Anette" drove in the parking lot in a gray old pick up truck bearing Hawaii license plate FCC 388. She parked her truck and approached us. She pointed to the above Mercedes and asked what happened to the driver. She related that the above-unknown local male has the key of the above Mercedes. "Anette' left the area to locate the unknown local male.

## OFFENSE:

At about 0848 hours, "Anette" came back driving the pick up truck with the unknown local male sitting in the front passenger side. "Anette" approached us and handed the key of the Mercedes Benz. Using my left hand, I gave her five hundred dollars ($500.00) in five hundred dollar bills as payment for the above stolen car. "Anette" using her left hand took the money and counted it. "Anette" related that she was expecting at least one thousand dollars as payment of the car. She also related that it was supposed to be five thousand dollars not five hundred dollars. I related to her we cannot drive a stolen car here and we have to ship it out. "Anette' agreed, took the money and related that in the future transactions we have to make it up to them. I agreed and "Anette" left the area soon there after.

## STOLEN VEHICLE PURCHASED:

I later purchased one Mercedes Benz, four door, silver in color, bearing Hawaii license plate JZU 881 VIN number WDBNG70J23A361178 for five hundred dollars ($500.00) using all of the above issued money from "Anette".

## SGT. ON SCENE:

Sgt. T. CHUN was on scene acting in an undercover capacity and observed the transaction.

J. JIMENEZ

SGT. T. CHUN     137670

Carrillo Discovery    000000045

AUTO THEFT
PAGE 3 OF 3

04-045/43
02-04-04

VEHICLE RECOVERED: Refer to Officer E. YOSEMORI follow up.

SUSPECTS DESCRIPTION:

The unknown local male that drove the Mercedes car was in his late twenties, about 5'9" in height, 170 lbs, black short hair and tan complexion. He was attired in tan shorts and blue t-shirt.

"Anette" is a local female in her late thirties, about 5'2" in height, 160 lbs, long wavy brown hair and fair complexion. She was attired in blue jeans and blue shirt with "ADIDAS" marking in the front.

LIGHTING:

This transaction took place in the morning. The sun provided sufficient lighting to make the above observations.

DIAGRAM:

Refer to attached diagram.

DISPOSITION:    Refer to key report.

J. JIMENEZ 100709    02-04-04/1300 HOURS

SGT. T. CHUN 137670

Carrillo Discovery    000000046

04-045143

AUTO THEFT
DIAGRAM:



LEGEND:

XX — LOCATION OF TRANSACTION

J. JIMENEZ     168709                    SGT. T. CHUN     137670

Carrillo Discovery   000000047

AUTO THEFT
YAMANE, ERIK

FOLLOW UP REPORT

04-045143
PAGE 1 OF 2

### ASSIGNMENT:

I am currently assigned to the District 5 Crime Reduction Unit (CRU). This is a plain clothes unit that works directly with patrol.

### AUTO THEFT INVESTIGATION:

On 02-04-04, the District 5 CRU conducted an auto theft investigation. Undercover officers purchased a 2003 Mercedes Benz sedan, silver in color, Hawaii license plates JZU 881.
An Undercover officer drove the vehicle to the Kalihi Police Station.

### VEHICLE PARKED AT THE POLICE STATION:

The vehicle was parked at the Kalihi Police Station.
Upon arrival at the station, I checked the VIN(WDBNG70J23A361178), which matched the license plates JZU 881.    The mileage on the odometer is 3404.
Per Dispatch, this vehicle was an outstanding vehicle.

### MERCEDES RECOVERED:

- On 02-04-04/0930 hours, I recovered the vehicle with both license plates attached.
There appeared to be no large damages to the vehicle and the ignition was intact.
There were several items left inside of the vehicle, including a box of books, car cover, golf club covers, an infant car seat and toys.

### LATENT RECOVERED:

I dusted the vehicle and recovered latent from the rear view mirror and from the exterior rear door handle.

### PHOTOGRAPHS:

At 1130 hours, I took digital photographs of the vehicle at the Kalihi Police Station.
Refer to attached pages of photographs.

### REGISTERED OWNER NOTIFIED:

At 1130 hours, Sergeant T. CHUN notified Nathan CHOI, husband of Josephine CHOI of the recovery.

E. YOSEMORI        005403        02-04-04/1330

SGT. T. CHUN        137670

Carrillo Discovery        000000048

AUTO THEFT
YAMANE, ERIK

FOLLOW UP REPORT

04-045143
PAGE 2 OF 2

VEHICLE RELEASED:

    On 02-04-04/1905 hours, I released the vehicle to Josephine and Nathan CHOI.
Refer to attached property receipt.

VEHICLE CONDITION:

    While inspecting the vehicle, Nathan stated that there appeared to be no noticeable
damages. However, $20 worth of quarters were taken from a compartment by the gear shift.
Also an office key and 2 house keys were missing. These keys were attached to the vehicle key.

DISPOSITION:  PENDING

E. YOSEMORI        005403        02-04-04/1330

SGT. T. CHUN        137670

Carrillo Discovery     000000049

04-04*5143*
*AUTO THEFT*
Page _ of _

## FOLLOW-UP REPORT

### ASSIGNMENT/ARRIVAL:

This writer is currently assigned to the Crime Reduction Unit based in District 5, Kalihi. This is a plainclothes unit that directly supports uniform patrol. On Wednesday, February 4, 2004, this writer along with officer J. JIMENEZ (hereinafter referred to as JIMENEZ) would be acting in an undercover capacity in an auto theft investigation. Other members of this same unit would be in the role of backup and support.

### SYNOPSIS:

The offense would involve the purchasing of a purported stolen 2003 Mercedes-Benz for a price of five hundred dollars in U.S. currency ($500). The suspect in this investigation would be a female known to this writer as "Annette". The location of this purchase would the kokohead most end of the parking lot at the Stadium Mall located at 4510 Salt Lake Boulevard.

### ARRIVAL AT STADIUM MALL:

At approximately 0715 hours, this writer and JIMENEZ arrived at the pre-determined location in a white Toyota Corrolla which was being used in the capacity of an undercover vehicle.

### OBSERVATION AND INITIAL CONTACT:

At about 0840 hours, this writer observed a silver Mercedes-Benz bearing State of Hawaii license plates JCU-881 with a local male driver enter the parking lot of Stadium Mall. The male parked the vehicle in the lot in a stall fronting this writer's undercover vehicle.

The male exited the vehicle and walked towards this writer's position in the parking lot. The male was wearing a blue colored t-shirt and tan shorts. This writer and JIMENEZ, who was standing outside of our vehicle, observed the male

04-045143
AUTO THEFT
Page _ of _

## OBSERVATION CON'T:

as he walked past us and walked towards a Jack-In-The-Box restaurant located in the mauka end of the mall.

After a few minutes, the female known as "Annette", was seen entering the parking lot driving a faded gray pick-up truck bearing State of Hawaii license plates FCC-388. She parked her truck to the rear of our UC vehicle and approached this writer and JIMENEZ. She pointed towards the Mercedes and asked if we had seen it when it arrived. We confirmed that we did and she asked where the driver had gone. We told her that the male had walked towards the mauka side of the mall towards the Jack-In-The-Box restaurant.

Annette then related that the male driver had the key to the Mercedes and that she (Annette) was going to look for him and get the key. She then left in her truck to find the unknown male driver.

At about 0845 hours, Annette returned in her truck with the male driver seen earlier by this writer and JIMINEZ in the passenger seat. Annette then approached this writer and JIMENEZ and handed this writer the "key" to the Mercedes.

## PAYMENT MADE TO ANNETTE:

Upon this writer being handed the key to the Mercedes by Annette, JIMENEZ then handed Annette payment for the agreed amount of five hundred dollars ($500) in U.S. currency. The pre-issued denominations given to her were five (5) one hundred dollar bills ($100).

## VEHICLE RECOVERED:

Refer to follow-up submitted by officer E. YOSEMORI under this same report number.

## SUSPECT'S DESCRIPTION:

The female Annette is described as a Caucasian female in her late thirties (30's) to mid-forties (40's) weighing approximately 160 pounds, standing about 5'2 in height with brown hair and being fair in complexion.

04-045143
AUTO THEFT
Page _ of _

## SCENE OF RECOVERY:

The scene of the transaction and recovery of the vehicle is the parking lot of the Stadium Mall located at 4510 Salt Lake Boulevard. The lighting of the area was during the daytime hours and well lit with morning sunlight.

## DISPOSITION:

Pending.....

T. Chun
T. CHUN                    #137670
Sergeant, CPB,             D-5, CRU
2-6-04                     1145 Hrs

AUTO THEFT                                                    04-045143
1199 DILLINGHAM BLVD                                          02-02-04
CHOI, Josephine                                              708-836

## FOLLOW UP REPORT

### ASSIGNMENT
This writer is assigned to the Kalihi Crime Reduction Unit which is a plain clothes unit
that supports the uniform patrol division and was on-duty on 02-04-04.

### BACKGROUND INFORMATION
Based on information developed by Sergeant Leroy FUJISHIGE and Sergeant Theodore
CHUN, the District Five Crime Reduction Unit participated in a controlled purchase of a
reported stolen Mercedes Benz at 4510 Salt Lake Blvd. from a female who identified
herself as Annette CARILLO.
This writers' assignment was to video tape the transaction between the undercover
officers, Sergeant Theodore CHUN and Officer Jonathan JIMENEZ and the suspect
identified as CARILLO.

### EQUIPMENT UTILIZED
For this operation, this writer utilized a unit issued "Sony" consumer grade video camera.
The camera was attached to a audio receiver unit which recorded the transaction between
the two parties on the video camera. Officer JIMENEZ was equipped with a miniature
transmitter. Prior to the operation, the equipment was tested and found in proper
working condition.

### SCENE
The scene was identified as the ewa makai most parking lot of 4510 Salt Lake Blvd, next
to the Aloha Airlines reservation center near the corner of Salt Lake Blvd and
Kahuapaani Street. The morning sun lighted the area.

### OBSERVATIONS
Prior to a "heads up" activation by Sergeant CHUN, this writer observed a silver four
door Mercedes Benz bearing Hawaii license plate JZU881 drive into the parking lot. An
unknown local male drove the vehicle. As the vehicle passed Sergeant CHUN's position,
the vehicle sped by at a high rate of speed.
This writer activated the video camera at 0845 hours/this date. This writer later
observed a Caucasian female operating a primer colored "Nissan" pick up truck with its
rear plate covered by a step bumper. The vehicle drove into the parking lot and parked
opposite the Ucs' vehicle. The female was dressed in a blue t shirt and blue jeans.
female alighted from the vehicle and walked over to Sergeant CHUN's position. A
conversation took place between Sergeant CHUN and Officer JIMENEZ.

Ernie BARROGA  061700 02-04-04/1219 hours        for ✓ chun
D-5/CRU                                          Approved by

Carrillo Discovery    000000053

AUTO THEFT                                            04-045/43
1199 DILLINGHAM BLVD                                  02-02-04
CHOI, Josephine                                       708-836

Page 2

OBSERVATIONS(CONTINUED)

Prior to meeting the female suspect, the same local male that was observed operating the
Mercedes walked past this writer's field of vision and was captured on videotape.

For further facts refer to the submitted video tape.

A transaction between the parties appeared to take place. The money was given to the
female by Officer JIMENEZ. The female than left the area in the primer pick up truck
with the same male seated in the passenger seat.
The camera was deactivated at 0855 hours/this date.

TAPE EVIDENCE SUBMITTED

The 8mm hi-8 tape was submitted into evidence by this writer along with a standard
VHS format copy of the 8mm videotape.

CONNECTING REPORT

For further facts refer to the initial report by Officer E. YAMANE, under this report
number.

DISPOSITION

PENDING

Hrmie BARROGA  061700  02-04-04/1244 hours          Approved by
D-5/CRU

Carrillo Discovery   000000054

# Honolulu Police Department

**EVIDENCE OR PROPERTY REPORT**

Page 1 of 1 pages

04 - 048678

Year  Six Digit Report Num

| Incident Type | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Secti |
|---|---|---|---|---|---|---|---|---|---|
| Auto Theft Recovery | | | 078 | ☐ Yes | ☐ Yes | ☒ | ☒ Open ☐ Closed | | 708-8 |

| Complainant | Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|---|
| Choi, Josephine | | | | 1865 Kam Iv Road | 02-02-04 |

Vehicle & Property Status Codes:   EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Va |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | 04045143 | (1)One standard VHS format tape | OTHER | 1 | |
| 2 | EV | I | 04045143 | (1) One 8mm Sony Hi8 video tape | OTHER | 1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | the above item #1-2 placed in a manila | | | |
| | | | | envelope and marked as follows: | | | |
| | | | | Auto theft recovery    040451143 | | | |
| | | | | 02-04-04              0848 hour | | | |
| | | | | E. BARROGA        061700 | | | |
| | | | | Item #1-2 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Circumstances of Recovery

Video tape of a controlled purchase of a possible stolen  motor vehicle.

## Chain of Custody

| Item | From | By | Date and Time |
|---|---|---|---|
| 1-2 | E. BARROGA  061700 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Owner's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| | | | | |

| Finder's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| | | | | |

| Date Notified | Time | By | Person Notified | Comments |
|---|---|---|---|---|
| | | | | |

| Disposed By | | Date | Time | Final Disposition | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret. Finder ☐ Ret. Agent | ☐ Court | ☐ Other | ☐ Finance | ☐ Auction | ☐ Destro |
| E. Barroga | | ID Number 061700 | Date/ Time 02-04-04 / 1304 | Approved by Sgt. T. Chai... | ID Number 137670 |

Form Number MDC HPD 192A Rev Mar. 2003

Carrillo/Discovery    000000055

AUTO THEFT RECOVERY
CHOI, Josephine
PAGE 1 OF 2

04-045143
2-2-04

## FOLLOW-UP

ASSIGNMENT:
    I am currently assigned to the District 5 Crime Reduction Unit. It is plain clothed unit that works together with uniformed patrol.
    On 2-4-04, at about 0930 hours, I responded to the area of Kamehameha IV Road and Aoao Street to assist on a possible auto theft case.

OBSERVATIONS:
    Upon arrival, I observed a silver colored Mercedes 4-door sedan with license plate number JZU 881 parked unattended in the area of Kamehameha IV Road and Aoao Street.

AUTO THEFT CHECK:
    I checked the license plate number to confirm that the vehicle was a stolen vehicle. The check indicated that the vehicle was an outstanding stolen vehicle.

VEHICLE DESCRIPTION:
| | |
|---|---|
| License number: | JZU 881 |
| Year: | 2003 |
| Make: | Mercedes |
| Type: | S-430 |
| Color: | silver |
| VIN: | WDBNG70J23A361178 |
| Registered Owner: | Josephine CHOI |
| Owner's address: | 1188 Bishop Street #2511 |

TIME ELEMENT/ SCENE:
    The vehicle was stolen on 2-2-04, at 0400 hours, from the area of 1199 Dillingham Boulevard.

VEHICLE RECOVERED:
    I recovered the vehicle with two (2) license plates, from the area of Kamehameha IV Road and Aoao Street, on 2-4-04, at 0930 hours.

MILEAGE:
    I found that the mileage on the vehicle was 3404 miles at the time of the recovery.

VEHICLE CONDITION:
    I did not observe any visible damages to the vehicle, and the ignition was intact.

E. YOSEMORI    005403

SGT. T.CHUN    137670

Carrillo Discovery    000000056

Case 1:05-cr-00064-HG    Document 67-3    Filed 05/10/2006    Page 59 of 107

AUTO THEFT RECOVERY                                              04-045143
CHOI, Josephine
PAGE 2 OF 2

LATENT PRINTS:
    The vehicle was dusted. Negative results.

REGISTERED OWNER NOTIFIED:
    I was able to notify the registered owner's husband, Nathan CHOI.

VEHICLE RELEASED:
    On 02-04-04/1905 hours, I released the vehicle to Josephine and Nathan CHOI.
    Refer to attached property receipt.

VEHICLE CONDITION:
    While inspecting the vehicle, Nathan stated that there appeared to be no noticeable
damages. However, $20 worth of quarters were taken from a compartment by the gear shift.
Also an office key and 2 house keys were missing. These keys were attached to the vehicle key.

DISPOSITION: PENDING

E. YOSEMORI        005403        02-04-04/2100        SGT. T. CHUN        137670

Carrillo Discovery    000000057

**POLICE DEPARTMENT, City and County of Honolulu**

Report No. 04-045143

## PROPERTY RECEIPT

District No.    5

Name of Owner
Name of Finder
Complainant ___Josephine CHOI___ Time of recovery, Date___02-04-04___

Address___1188 Bisop Street #2511___ Hour___0930___

Received of the Chief of Police, per Officer___Eric Yosemori___ the following described property:

| Number | Article | General Description | Value |
|---|---|---|---|
| 1 | Automobile | Year: 2003 Make: Mercedes Benz | |
| | | Model: S430    Type: 4 door sedan | |
| | | License #: JZU 881    State: Hawaii | |
| | | VIN#: WDBNG70J23A361178    mileage: 3404 | |
| | | Reg. Owner: Josephine CHOI | |
| | | **One vehicle key/both license plates intact** | |
| 2 | Items of Personal Property | | |
| | | child seat, baby toys, open box of books, | |
| | | car cover, bag of golf club covers, 2 card keys. | |
| | | | |
| | VISIBLE DAMAGES: | none | |

I hereby certify that I am [ In receipt / Legal owner / Legal agent of owner, ] of the above property

Date___2-04-04___    Name___Josephene Choi___

Hour___7:05 pm___    Address___Carrible Myesovers 000000058___

INCIDENT REPORT

04 - 048 - 708

# Honolulu Police Department

Year  Six Digit Report Number

| ent Type | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|
| .isc Public | | | 432 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☐ Open ☒ Closed | | |

Location Of Offense (Must Have Street Number And Street Name Or Names Of Two Streets That Intersect)

1865 Kamehameha Iv Road

Domestic Violence ☐ Yes ☒ No

| Responsible Officer | Last | First | | ID Number | Division | | Beat of Offense | Location Code | |
|---|---|---|---|---|---|---|---|---|---|
| Yamane, Erik | | | | 100928 | D5/CRU | | 558 | 18 | |

| Date / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To |
|---|---|---|
| 2-4-04/0930/WED | 2-4-04/0930/WED | |

Related Reports or Comments

1. Residence  7. Scenic Pt.  13. Jewelry
2. Apart/Condo  8. Gas Stn.  14. Liquor
3. Hotel  9. Restaurant  15. School
4. Street  10.Bar  16. Commercial
5. Non-Beach Parks  11.Store  17. Taxi
6. Beach Parks  12.Bank, etc.  18. Other

---

☐ Complainant  ☐ Victim  ☒ Reporting Person  ☐ Finder  ☐ Witness  ☐ Suspect

| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican | Name | Last | First | Middle | Age | DOB | Sex |
|---|---|---|---|---|---|---|---|
| ☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Honolulu Police Department | | | | | | |

| ☐ Blood Test ☐ Refuse | Results | SSN | Occupation / For Juvenile — School Attending | ☐ Visitor ☐ H P O | Juvenile |
|---|---|---|---|---|---|
| ☐ Breath Test | | | | ☐ Military | ☐ Yes ☐ No |

Home Address City — Country — State – Zip

Business Address City — Country – State - Zip  |  Local Address (for visitors)

1865 KAMEHAMEHA IV ROAD

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|
| | | 847-2525 | | |

| Injured | Treated | SID # (If appropriate) | Hospital | | Transported By | | Victim Relationship to Suspect | Will Prosecute |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | | | | | | | ☐ Yes ☐ No |
| ☐ Mental ☐ Suicide ☐ I.C.F. ☐ S.C.F. ☐ Other | | ☐ Voluntary ☐ Good / Fair | | | Attending Physician | ☐ Confined | ☐ Sent Home ☐ Refused Tmt |
| ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | ☐ Yes ☐ No ☐ Ser / Guard ☐ Fatal | | | ☐ Refused ADM | | ☐ Tr / Released |

| A K A | | Who Described | | Peculiarities |
|---|---|---|---|---|

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Complx | Voice | Facial Hair Color | Facial Hair Char | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

---

☐ Complainant  ☐ Victim  ☐ Reporting Person  ☐ Finder  ☐ Witness  ☐ Suspect

| ☐ e ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican | Name | Last | First | Middle | Age | DOB | Sex |
|---|---|---|---|---|---|---|---|
| ☐ Samoa ☐ Tonga ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Unknown | | | | | | |

| Test- ☐ Refuse | Results | SSN | Occupation / For Juvenile — School Attending | ☐ Visitor ☐ H P O | Juvenile |
|---|---|---|---|---|---|
| reath Test | | | | ☐ Military | ☐ Yes ☐ No |

Home Address City — Country – State – Zip

Business Address City – Country – State - Zip  |  Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

| Injured | Treated | SID # (If appropriate) | Hospital | | Transported By | | Victim Relationship to Suspect | Will Prosecute |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | | | | | | | ☐ Yes ☐ No |
| ☐ Mental ☐ Suicide ☐ I.C.F. ☐ S.C.F. ☐ Other | | ☐ Voluntary ☐ Good / Fair | | | Attending Physician | ☐ Confined | ☐ Sent Home ☐ Refused Tmt |
| ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | ☐ Yes ☐ No ☐ Ser / Guard ☐ Fatal | | | ☐ Refused ADM | | ☐ Tr / Released |

| A K A | | Who Described | | Peculiarities |
|---|---|---|---|---|

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Complx | Voice | Facial Hair Color | Facial Hair Char | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

---

Misc.

☐ Dusted & Submitted  ☐ Not Dusted
☐ Dusted & Negative

Property Status Codes: ST = Stolen  OV = Overdue  LS = Lost  DM = Damaged  FN = Found  RC = Recovered  OT = Other   Type Codes: I = Item  B = Building  V = Vehicle  L = Land

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

SYNOPSIS: On-going investigation.

DISPOSITION: RECORDS

---

Vehicle Status Codes: ST = Stolen  OV = Overdue  WV = Wanted  SV = Suspect  RC = Recovered  OT = Other       Veh. Type Codes: ☐ Auto. ☐ Const ☐ Farm ☐ M/C ☐ Truck ☐ Other

| Who Described | Status | Year | Make | Model | Body Type | Color | State | License No. |
|---|---|---|---|---|---|---|---|---|

| VIN | | Emblem | Characteristics | | Towed By | Vehicle Value |
|---|---|---|---|---|---|---|

| | Tow Date / Time | Owner Name | | Phone |
|---|---|---|---|---|

| Owner Address | Owner Notified By Date / Time | Person Notified | Returned By Date / Time |
|---|---|---|---|

| Recovered Date / Time | Recovering Officer | Recovered Location | Beat Recovered |
|---|---|---|---|
| | | Carrillo Discovery | 000000059 |

| Writer | ID Number | Date / Time | Approved By | ID Number |
|---|---|---|---|---|
| E. Yamane | 100928 | 02-05-04 / 1248 | Sgt. T. Chun | 127570 |

# Honolulu Police Department

INCIDENT REPORT

04 - 140 - 966
Year   Six Digit Report Number

| Ident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Promoting A Dangerous Drug 1st | 188 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☒ Open ☐ Closed | | 712-1241 |

Location Of Offense (Must Have Street Number And Street Name Or Names Of Two Streets That Intersect)
1865 Kam. Iv Road

Domestic Violence ☐ Yes ☒ No

| Responsible Officer   Last   First | ID Number | Division | Beat of Offense | Location Code | |
|---|---|---|---|---|---|
| Omai, Jeffrey | 100977 | D-5 | 558 | 18 | 1. Residence  7. Scenic Pt.  13. Jewelry |

| Data / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To |
|---|---|---|
| 04-07-04 / 2015 / Wed | 04-07-04 / 1902 / Wed | |

2. Apart/Condo  8. Gas Stn.  14. Liquor
3. Hotel  9. Restaurant  15. School
4. Street  10.Bar  16. Commercial
5. Non-Beach Parks  11.Store  17. Taxi
6. Beach Parks  12.Bank, etc.  18. Other

Related Reports or Comments

---

☒ Complainant    ☐ Victim    ☐ Reporting Person    ☐ Finder    ☐ Witness    ☐ Suspect

| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican | Name   Last | First | Middle | Age | DOB | Sex |
|---|---|---|---|---|---|---|
| ☐ Hawn ☐ Samoan ☐ Toagan ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Omai, Jeffrey | | | | | M |

| ☐ Blood Test  ☐ Refuse   Results / SSN | Occupation / For Juvenile – School Attending | ☐ Visitor ☒ H P O |
|---|---|---|
| ☐ Breath Test | POLICE OFFICER | ☐ Military   Juvenile ☐ Yes ☒ No |

Home Address City – Country – State – Zip

| Business Address City – Country – Stata - Zip | Local Address (for visitors) |
|---|---|
| 1865 Kam. Iv Road | |

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|
| | | 847-2525 | Varies | |

| Injured ☐ Yes ☒ No | Treated ☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | VictimRelationship to Suspect RU | Will Prosecute ☒ Yes ☐ No |
|---|---|---|---|---|---|---|

| ☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other | Voluntary ☐ Yes ☐ No | ☐ Good / Fair ☐ Ser / Guard ☐ Fatal | Attending Physician | ☐ Confined ☐ RefusedADM | ☐ Sent Home | ☐ Refused Tmt ☐ Tr/ Released |
|---|---|---|---|---|---|---|
| ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | | | | | | |

| AKA | Who Described | Peculiarities |
|---|---|---|

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

---

☐ Complainant    ☐ Victim    ☐ Reporting Person    ☐ Finder    ☐ Witness    ☒ Suspect

| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican | Name   Last | First | Middle | Age | DOB | Sex |
|---|---|---|---|---|---|---|
| ☐ vn ☐ Samoa ☐ Tonga ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Unknown, | | | | | |

| ☐ ood Test  ☐ Refuse   Results / SSN | Occupation / For Juvenile – School Attending | ☐ Visitor ☐ H P O |
|---|---|---|
| ☐ Breath Test | | ☐ Military   Juvenile ☐Yes ☐No |

Home Address City – Country – State – Zip

| Business Address City – Country – State - Zip | Local Address (for visitors) |
|---|---|

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

| Injured ☐ Yes ☐ No | Treated ☐ Yes ☐ No | SID # (if appropriate) | Hospital | Transported By | VictimRelationship to Suspect | Will Prosecute ☐ Yes ☐ No |
|---|---|---|---|---|---|---|

| ☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other | Voluntary ☐ Yes ☐ No | ☐ Good / Fair ☐ Ser / Guard ☐ Fatal | Attending Physician | ☐ Confined ☐ Refused ADM | ☐ Sent Home | ☐ Refused Tmt ☐ Tr/Released |
|---|---|---|---|---|---|---|
| ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | | | | | | |

| AKA | Who Described | Peculiarities |
|---|---|---|

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|
| UNK | | | | | | | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Misc.

☐ Dusted & Submitted
☐ Dusted & Negative    ☐ Not Dusted

Property Status Codes:  ST = Stolen   OV = Overdue   LS = Lost   DM = Damaged   FN = Found   RC = Recovered   OT = Other     Type Codes: I = Item   B = Building   V = Vehicle   L = Land

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Code | Qty | Value |
|---|---|---|---|---|---|---|---|

## SYNOPSIS: ONGOING NARCOTICS INVESTIGATION.

Vehicle Status Codes:  ST = Stolen   OV = Overdue   WV = Wanted   SV = Suspect   RC = Recovered   OT = Other     Veh. Type Codes: ☐ Auto ☐ Const ☐ Farm ☐ M / C ☐ Truck ☐ Other

| Who Described | Status | Year | Make | Model | Body  Type | Color | State | License No. |
|---|---|---|---|---|---|---|---|---|

| VIN | Emblem | Characteristics | Towed By | Vehicle Value |
|---|---|---|---|---|

| Tow Date / Time | Owner Name | Phone |
|---|---|---|

| mer Address | Owner Notified By Date / Time | Person Notified | Returned By Date / Time |
|---|---|---|---|

| Recovered Date / Time | Recovering Officer | Recovered Location | Beat Recovered |
|---|---|---|---|

| Writer | ID Number | Date / Time | Approved By | |
|---|---|---|---|---|
| JEFFREY OMAI | 100977 | 04-07-04 / 2010 | Sgt. T. Chun | Discovery   000000060 |

MOC 192 Rev. Mar. 2003

137670

Promoting Dangerous Drugs 1st                                    04-140966
1865 Kamehameha IV road                                          Page      of

## FOLLOW -UP REPORT

### ASSIGNMENT:

This writer is currently assigned to the District 5 Crime Reduction Unit, a plained clothed unit that directly supports the uniformed patrol division.

### BACKGROUND INFORMATION:

The District 5 Crime Reduction Unit (CRU) has been assigned to conduct a narcotic investigation based on information gathered by Sergeant Theodore CHUN supervisor of the D-5 CRU while purchasing stolen vehicles.

### BRIEFING:

On 04-07-04, at about 1700 hours Officer J. PAGAN conducted a briefing in the CRU office. Undercover Officer, Sergeant T. CHUN was instructed to go to the area of Pearlridge Shopping Center next to Longs Drugs near the automated bank machines and attempt to purchase narcotics from

### MONIES ISSUED:

At about 1700 hours, 04-07-04. Officer N. PANG issued nine hundred fifty dollars ($950.00) in U.S. Currency to Sergeant T. CHUN.

### VANTAGE POINT:

Officer E. YAMANE was at a predetermined vantage point observing Sergeant CHUN'S actions when he arrived in the area of automated bank teller machines near the Longs Drugs store.

Jeffrey OMAI   100977   04-07-04/ ᴇ /ᴘᴀ          Supervisor_____

Carrillo Discovery   000000061

Promoting Dangerous Drugs 1st                                      04-140966
1865 Kamehameha IV road                                            Page      of

## FOLLOW -UP REPORT

### UNDERCOVER OFFICER SENT IN:
At about 1755 hours, the UC was sent to the area next to the automated bank teller machines near the Longs Drugs store.

### OBSERVATIONS:
At approximately 1900 hours, I recognized the suspect as the same female from previous transactions involving the purchase of stolen vehicles.

### BUY MADE:
At approximately 1902 hours, This Officer observed the suspect hand over to Sgt. CHUN a white envelope, which purportedly contained the narcotics. At that time Sgt. CHUN handed the suspect the pre-recorded buy money.

### SUSPECT DESCRIPTION:
The suspect Sergeant T. CHUN purchased the purported narcotics from was a Caucasian female wearing blue jean pants and a football jersey with the numbers 22. Refer to Sergeant T. CHUN'S follow-up for details.

### DEBRIEFING:
At 2014 hours, Sergeant T. CHUN informed this officer that he went to the area next to the automated bank teller machines near the Longs Drugs store. Sergeant CHUN related that he had purchased two Ziplock packets containing a crystal like substance purported to be crystal methamphetamine from a female known to Sergeant CHUN as Annette CARRILO from previous encounters which she sold SGT. CHUN stolen vehicles.

Refer to Sergeant T. CHUN's follow-up.

Jeffrey OMAI   100977   04-07-04/ 2/00          Supervisor_____ _____ _____

Carrillo Discovery   000000062

Promoting Dangerous Drugs 1st                                    04-140966
1865 Kamehameha IV road                                          Page      of

## FOLLOW -UP REPORT

### EVIDENCE RECOVERED:

At 2015 hours, Sergeant T. CHUN handed this writer a white envelope containing two Ziplock-type packets containing a crystal like substance purported to be crystal methamphetamine. Refer to HPD 192A evidence report for details.

Also submitted was a Sony HI8, 8mm video cassette and a standard VHS format video tape. Refer to evidence sheet HPD-192A, attached. which Officer E. YAMANE submitted into evidence under this report number

### VIDEO AND AUDIO OF TRANSACTION:

Refer to Officer E. YAMANE'S follow-up report.

### REVIEW OF TRANSACTION ON VIDEO:

While at the Kalihi Police Station, I reviewed the video observations from Officer YAMANE taken of Sergeant CHUN'S interaction with the female (Annette CARRILO) who sold him the Ziplock packets containing a crystal like substance of purported crystal methamphetamine.

### DIAGRAM:

Refer to Sergeant T. CHUN'S follow-up report.

### DISPOSTION: Pending...

Jeffrey OMAI    100977    04-07-04 /2 /00          Supervisor_____

Carrillo Discovery    000000063

Page 1 of 1 pages

**EVIDENCE OR PROPERTY REPORT**

04 - 140 - 966

Year   Six Digit Report Number

# nolulu Police Department

| Incident Type | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|
| Promoting A Dangerous Drug 1st | | | 188 | ☐ Yes | ☒ Yes | ☐ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|---|
| Omai, Jeffrey | | | | 1865 Kam. Iv Road | 04-07-04 |

Vehicle & Property Status Codes:   EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | NONE | Clear ziplock packet approx. 2 1/2"x2" | YDRUGS | 2 | |
| | | | | containing crystal like substance | | | |
| | | | | resembling crystal methamphetamine | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | item placed in a manila envelope/marked | | | |
| | | | | Item 1 | | | |
| | | | | Pro. Dang. Drugs 1        04-140966 | | | |
| | | | | J. OMAI               100977 | | | |
| | | | | 4-07-04              2015 HOURS | | | |

**Circumstances of Recovery**

ONGOING NARCOTICS INVESTIGATION

**Chain of Custody**

| Item | From | | By | Date and Time |
|---|---|---|---|---|
| 1 | J. OMAI | | 100977 | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |

| Owner's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| Finder's Name | Last | First | Address | Phone |

| ed | Time | By | Person Notified | Comments |
|---|---|---|---|---|

| Closed By | | Date | Time | Final Disposition |
|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret.Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |

| Writer | ID Number | Date/ Time | Approved by | ID Number |
|---|---|---|---|---|
| Jeffrey Omai | 100977 | 04-07-04 / 2015 | Sgt. T. Chun Discovery | 0037670064 |

HPD 182A Rev Mar. 2003

Page 1 of 1 pages

EVIDENCE OR
PROPERTY
REPORT

nolulu Police Department

04 - 140 - 966

Year   Six Digit Report Number

| Incident Type | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|
| Promoting A Dangerous Drug 1st | | | 188 | ☐ Yes | ☒ Yes | ☐ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|---|
| Omai, Jeffrey | | | | 1865 Kam. Iv Road | 04-07-04 |

Vehicle & Property Status Codes:   EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 2 | EV | 1 | NONE | White colored envelope approx. 3 1/2" x | YOTHER | 1 | |
| | | | | 6 1/4" | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | item placed in a manila envelope/marked | | | |
| | | | | Item 2 | | | |
| | | | | Pro. Dang. Drugs 1        04-140966 | | | |
| | | | | J. OMAI                100977 | | | |
| | | | | 4-07-04                2015 HOURS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Circumstances of Recovery**

ONGOING NARCOTICS INVESTIGATION.  Item #2 contained item #1

**Chain of Custody**

| Item | From | | By | | Date and Time |
|---|---|---|---|---|---|
| 1 | J. OMAI | 100977 | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |

| Owner's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| Finder's Name | Last | First | Address | Phone |

| tified | Time | By | Person Notified | Comments | |
|---|---|---|---|---|---|

| posed By | | Date | Time | Final Disposition | | |
|---|---|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret.Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed | | |

| Writer | ID Number | Date/ Time | Approved by | ID Number |
|---|---|---|---|---|
| Jeffrey Omai | 100977 | 04-07-04 / 2021 | Sgt. V. Chun | 00767678065 |

Cas-; 1;Chun iscoverv

MDC 192A Rev May 2003

04-140966
PROM. DANG. DRUGS 1ST
Page _1_ of _5_

## FOLLOW-UP REPORT

### ASSIGNMENT/ARRIVAL:

This writer is currently assigned to the Crime Reduction Unit based in District 5, Kalihi. This is a plainclothes unit that directly supports uniform patrol. On Wednesday, April 7, 2004, this writer along with officer T. ETUATI (hereinafter referred to as ETUATI) would be acting in an undercover capacity to make a purchase of methamphetamine with members of this same unit who would be in the role of backup and support.

### SYNOPSIS:

The offense would involve the purchasing of two (2) "eight balls" of crystal meth amphetamine ( hereinafter referred to as "ice") for a price of eight hundred fifty dollars in U.S. currency ($850.00). The suspect in this investigation would be a female known to this writer as "Annette CARILLO". The location of this purchase would at the Pearlridge Shopping Center in Phase 1. More specifically, the deal would be near Longs Drugs fronting the ATM machines.

### INITIAL CONTACT WITH SUSPECT:

On Friday, April 2, 2004, at approximately 1205 hours, this writer contacted a female known as Annette CARILLO by phone, who had contacted me via a pager. This writer knows this female from previous occasions in which stolen vehicles were purchased from her on Wednesday, February 4, 2004 under police report number 04-048708 and on Tuesday, March 23, 2004 under 04-118436.

The female Annette paged this writer several times before being contacted by phone by this writer. On previous occasions, she would leave her personal cellular number of 779-0163 , but on this day, she left a number of 696-1041. This number was found to be a neighbor's phone number per CARILLO, because she had not paid her cellular phone bill and her phone was currently out of service.

1

Carrillo Discovery   000000066

## FEMALE CONTACTED:

Upon being contacted by this writer, Annette told this writer that her "boys" had a Nissan car that was available for sale. She said that she also had the "other stuff" (meaning "ice") available for sale. She said that she had one (1) "eight ball" (1/8 of an ounce) available. She quoted the price for the eight ball as being four hundred twenty five dollars ($425.00).

She informed this writer that she would contact her "boys" and check out the vehicle and would contact this writer by pager. This writer told her that if the vehicle was in good shape, that this writer would pick up the car and the ice at the same time.

On Friday night, April 2, 2004, at approximately 2200 hours, Annette paged this writer at the number 696-1041. This writer returned her call.

Annette told this writer that she had three (3) eight balls of "clear" (street vernacular for methamphetamine). She told this writer that she could sell all three eight balls for one thousand dollars ($1,000.00).

At this time, this writer told Annette that I would call her on Saturday to confirm, but that I was definitely interested. She agreed to wait until Saturday, April 3, 2004.

## SECOND CONTACT:

On Saturday, April 3, 2004, at about 1310 hours, I contacted Annette CARILLO by phone at 696-1041, the same number that she had given this writer on Friday, April 2, 2004.

She (CARILLO) answered the phone and asked if I were still interested in the three eight balls of "ice". This writer asked her if the price was still at one-thousand dollars ($1,000.00) for all three, to which she replied that it was the same as she had quoted on Friday, April 2, 2004.

On that night, Saturday, the meet with CARILLO was set to be at 1800 hours at Pearlridge Center, Phase 1, near Long's Drugs Store. However, the meet did not take place because CARILLO could not get a ride or a car to make the meeting.

2

Carrillo Discovery    000000067

## TUESDAY, APRIL 6, 2004

This writer contacted Annette on Tuesday, April 6, 2004, at approximately 1755 hours. A meet was set up for 1800 hours, but again, it was cancelled because she explained later that she had to re-negotiate the price for the three eight balls of ice. Her supplier had raised the price.

### CONTACT ON WEDNESDAY, APRIL 7, 2004:

On Wednesday, April 7, 2004, Annette contacted this writer via pager to call her at 696-1041. This writer called her and she explained what had happened with her supplier wanting to raise the price for the ice.

She informed me that she was looking for a better source with a cheaper price. She said that she was going to speak with someone she knew and that if she could get it for four hundred twenty five dollars each ($425), would this writer still be interested. At that point, I informed her that if that was the best she could do, then I would be interested in a purchase.

Between 1600 and 1700 hours, this writer was contacted by Annette and a meet was set up for 1800 hours at the same location as Saturday near Longs Drugs at Pearlridge Shopping Center.

### OBSERVATION AND INITIAL CONTACT:

At about 1900 hours, this writer observed a female known to this writer as "Annette CARILLO" walking towards this writer from the Long's Drugs area. This writer was seated makai of Long's Drugs near the bank ATM machines.

As Annette arrived at this writer's location, greetings were exchanged. Annette was wearing a Dallas Cowboys sports jersey, blue and white in color, with the number "22" on the back and blue jeans. She had her hair in a pony tail.

This writer and Annette engaged in a general conversation and she was apologizing about the price being raised and that she couldn't get the three eight balls of clear for one thousand dollars ($1,000).

3

Carrillo Discovery    000000068

## DRUGS/MONEY TRANSACTION COMPLETED:

The female Ánnette reached into a black colored handbag that she had and with her left hand handed this writer a white colored envelope. This writer accepted the envelope with my left hand. Upon examining the contents of the envelope, this writer observed two (2) clear cellophane ziplock bags which contained a white opaque "rock like" substance which through training and experience resembled that of crystal methamphetamine.

After examining the contents of the envelope, this writer asked Annette if the contents were the right weight to which she replied that she had weighed it herself and guaranteed that the weight was right.

This writer then removed the cash payment from my right front pants pocket and handed Annette the payment. She accepted the cash with her left hand and placed it into her handbag.

For approximately twenty (20) minutes, Annette kept talking about a number of subjects. She asked this writer if I knew anybody who was interested in buying numerous items that she had which consisted of credit cards, social security cards, bankcards, vehicle ownership papers and other numerous items. She also asked if this writer if I were interested or knew anyone who was interested in buying a "container" filled with brand new computers and clothing articles that were destined for stores to be sold as merchandise.

This writer told Annette that I would ask around and that I would let her know if I found anyone who was interested in the above items. Annette again apologized about the price of the "clear" changing, but that she would try to get a better price the next time. Annette then left in the mauka direction and went into Long's Drugs Store.

## RETURN TO UC VEHICLE:

At this point, this writer returned to the UC car and informed the other units that the transaction had taken place.

## SUSPECT ID:
Annette CARILLO (37)
6-9-66
5'2/160 lbs

04-140966
PROM. DANG: DRUGS 1ST
Page 5 of 5

## EVIDENCE RECOVERED:

At 2015 hours, the envelope contained the two cellophane ziplock bags were turned over to officer J. QMAI. REFER TO HIS FOLLOW-UP REPORT FOR FURTHER INFORMATION....

## CHEMICAL ANALYSIS COMPLETED:

On Thursday, April 8, 2004, at approximately 0915 hours, SIS chemist Hassan MOHAMMED informed this writer that he had completed the chemical analysis of the two (2) clear zip lock packets submitted under report number 04-140966, *Promoting Dangerous 1st*.

The chemical analysis were a positive results for methamphetamine with a total weight of 6.641 grams. REFER TO LAB RESULTS REPORT SUBMITTED BY H.MOHAMMED SUBMITTED UNDER THIS SAME REPORT NUMBER...

## DISPOSITION:

Pending

T. CHUN                    #137670
Sergeant,   CPB,   D-5, CRU
4-10-04                    1200 Hrs

Carrillo Discovery    000000070

.O. DANG. DRUGS 1ST
8-1005 MOANALUA ROAD

04-140966
4-7-04

<u>DIAGRAM</u>: (NOT TO SCALE)



**LENSCRAFTERS**

NORTH

X

A

**LONGS
DRUGS**

<u>LEGEND</u>:
X        - location of transaction

A        - ATM machines

☐        - bench

Theodore CHUN
Sergeant D-5/CRU    137670
4-10-04              1200 HOURS

Carrillo Discovery    000000071

**Honolulu Police Department**

INCIDENT REPORT
Prom. Dang. Drugs
1st

Page | of · | pages

04-140966

Year - Six Digit Report

FOLLOW UP REPORT

ASSIGNMENT/ ARRIVAL: On 04-07-04 I was assigned to District 5, Weed and Seed as 9556. At about 1700 hours I assisted District 5 CRU units in an undercover buy of narcotics at Pearlridge Shopping Center.

BRIEFING: At about 1700 hours briefing was held at the Kalihi CRU office. Sgt. T. CHUN was in charge of briefing. During briefing Sgt. T.CHUN showed a picture of the female suspect that would be selling him the narcotics. She was identified as Annette CARRILLO.

OFFICER INSTRUCTED: I was instructed by Sgt. T. CHUN to drive him in the undercover CRU vehicle to the agreed on location which was Pearlridge Mall, lower parking level fronting Longs Drug Store. There at Pearlridge Mall, Sgt. CHUN was to meet the suspect and buy narcotics while I waited in the undercover CRU vehicle.

ARRIVAL: At about 1800 hours, I along with Sgt. CHUN arrived at Pearlridge Mall, and parked in the lower level parking lot at the kokohead most area of Longs Drug Store. Sgt. CHUN then exited the vehicle and proceeded to a bench that was at the ewa side of the bank machines that were located outside the entrance to Pearlridge Mall, near Longs Drug Store.

_ERVATIONS: At about 1900 hours I observed a Caucasian looking female exit a grey four door vehicle. I _erved the vehicle to be parked near Longs Drug Store about three rows away from where I was parked. The vehicle she exited was hawaii license plate #FGS819. I observed the female to be CARRILLO, the female that was in the picture I was shown during briefing. I observed her to be in her late 30's or early 40's. She wore a dark blue sports jersey with the number 22 on the back and blue long jeans. She had dark brown hair which was tied back in one pony tail to the back of her head.
After she exited her vehicle, she walked towards Longs. She then saw Sgt. CHUN seated on the bench that was on the ewa side of the bank machines and she waved at Sgt. CHUN. She then proceeded to the bench Sgt. CHUN was seated at and sat down next to him. I observed them to be seated and talking for about twenty minutes. After speaking with Sgt. CHUN she proceeded into Longs Drug Store, spent about ten minutes inside then exited, leaving the area in the vehicle she came in.

SUSPECT INFORMATION: Annette CARRILLO (f)
                     DOB:  06-09-66/ 37 yrs old
                     160 lbs/5'2"/brown eyes and hair

TRANSACTION: Refer to report by Sgt. T. CHUN under same report number.

SUSPECT VEHICLE: I observed the vehicle CARRILLO drove to have Hawaii license plate #FGS 819. It appeared to be a grey 4dr buick. License #FGS 819 is suppose to be a 1988, 4 door sedan, Lincoln, silver in color, which did not match what the vehicle CARRILLO drove. Registered Owner came out to a Eugene K AHELE of Hauula.

_POSITION:  Pending CID.

| Writer ETEUATI, Teisa _Jeisa Eteuati_ | ID Number 101071 | Date/Time 4-8-04/0840 | Approved By _Sgt. T. Chun_ | ID Number 13767D |

.PRO. DANG. DRUGS 1ST
98-1005 MOANALUA ROAD
PAGE 1 OF 2

04-140966
4-7-04

## FOLLOW-UP

### ASSIGNMENT:

I am currently assigned to the District 5 Crime Reduction Unit. It is a plain clothed unit that works together with uniformed patrol.

### BACKGROUND INFORMATION:

The District 5 Crime Reduction Unit has been conducting an investigation involving the sale of stolen vehicles and illegal narcotics. The investigation was based on the information gathered by Sergeant Theodore CHUN and Sergeant Leroy FUJISHIGE.

### BRIEFING:

On 4-7-04, at 1700 hours, Officer J. PAGAN conducted a briefing with the District 5 Crime Reduction Unit and the District 5 Weed and Seed Unit at the Kalihi Police Station.

Sergeant T. CHUN was to go to the area of the lower level parking lot of the Pearlridge Shopping Center by Longs Drugs and attempt to purchase narcotics from a local looking female, identified as Annette CARILLO.

### EQUIPMENT UTILIZED:

A "Sony" video camcorder connected to a receiver unit was utilized in this undercover operation. Also, an audio transmitter was issued to Sergeant T. CHUN during the briefing at the Kalihi Police Station. Prior to the operation, the equipment was checked and found in working order.

### SCENE:

The scene of the offense was the bench on the West side of the ATM machines in the lower level parking lot of the Pearlridge Shopping Center by Longs Drugs.

### VANTAGE POINT:

I was in a vantage point at ground level in the area of the lower level parking lot of Pearlridge Shopping Center, approximately 150 feet away.

### OBSERVATIONS:

At approximately 1900 hours, I observed the female subject, Annette CARILLO, enter the aforementioned area on foot wearing a blue Dallas Cowboys football jersey with the number "22" and blue jeans. She had her hair tied up in a "pony tail" and was carrying a dark colored purse. She approached the ATM machines, walking West along the walkway in front of Longs Drugs. I recognized the female from a previous transaction involving the purchase of stolen vehicles.

EY

SGT. T. CHUN          137670

Carrillo Discovery          000000073

PRO. DANG. DRUGS 1ST

98-1005 MOANALUA ROAD

PAGE 2 OF 2

04-140966

4-7-04

## OBSERVATIONS: (CONTINUED)

I observed CARILLO sit down on the aforementioned bench on the right side of Sergeant CHUN. She engaged in a conversation with Sergeant CHUN, while sitting on the same bench. On 4-7-04, at 1902 hours, CARILLO reached into her purse and handed a white colored object to Sergeant CHUN. After looking at the object, Sergeant CHUN handed to CARILLO what appeared to be the prerecorded monies. Through my training and experience, I believe that the aforementioned transaction was a narcotics "buy" conducted between Annette CARILLO and Undercover Sergeant T. CHUN. CARILLO continued to engage in a conversation with Sergeant CHUN for approximately another eighteen (18) minutes. At the end of the conversation, CARILLO walked EAST along the walkway in front of the ATM machines and then entered Longs Drugs.

This transaction was captured on videotape.

Refer to Sergeant T. CHUN's follow-up report for further information.

## VIDEO TAPE SUBMITTED:

This videotape was kept in my custody and subsequently submitted into evidence. For further facts, refer to the evidence page.

DISPOSITION:

PENDING...

Erik YAMANE        100928              SGT. T. CHUN        137670

D-5                CRU

4-7-04             2245 HOURS

Carrillo Discovery    000000074

EVIDENCE OR
PROPERTY
REPORT

Page 1 of 1 pages

04 - 140 - 966
Year  Six Digit Report Number

# Honolulu Police Department

| 'dent Type | | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|---|
| o. Dang. Drugs 1st | | | | 185 | ☐ Yes | ☐ Yes | ☒ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|---|
| Honolulu Police Department | | | | 1865 Kamehameha Iv Road | 4-7-04 |

Vehicle & Property Status Codes:  EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 3. | EV | I | 04140966 | One (1) standard VHS format tape | ROTHE | 1 | |
| 4 | EV | I | none | One (1) Sony "Hi8" Digital video tape | ROTHE | 1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Item placed in manila envelope marked: | | | |
| | | | | PRO. DANG. DRUGS 1ST   04-140966 | | | |
| | | | | E. YAMANE              100928 | | | |
| | | | | 4-7-04          2100 HRS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Circumstances of Recovery

CI BUY

## Chain of Custody

| Item | From | | By | Date and Time |
|---|---|---|---|---|
| 3-4 | E. YAMANE | 100928 | | |
| 3-4 | | | | |
| 3-4 | | | | |
| 3-4 | | | | |
| 3-4 | | | | |
| | | | | |
| | | | | |
| | | | | |

| Owner's Name | Last | First | | Address | | Phone |
|---|---|---|---|---|---|---|
| Finder's Name | Last | First | | Address | | Phone |

| Date Notified | Time | By | Person Notified | | Comments |
|---|---|---|---|---|---|
| | | | | | |

| By | | Date | Time | Final Disposition |
|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret.Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |

| riter | ID Number | Date/ Time | Approved By | ID Number |
|---|---|---|---|---|
| E. Yamane | 100928 | 04-10-04 / 2145. | Sgt. T. Chun | 137670 |

Form Number MOC HPD 792A Rev Mar. 2003

Carrillo Discovery  000000075

# Honolulu Police Department

CONTINUATION
PAGE

04 - 140 - 966
Year   Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| DANG DRUGS | 185 | ☐ Yes | ☐ Yes | X | ☒ Open ☐ Closed | | 712-1241 |

| Last | First | Middle | Location of Offense | | | Date of Occurrence |
|---|---|---|---|---|---|---|
| CRU | | | 1865 KAM IV RD/KALIHI POLICE | | | 04-07-04 |

## FOLLOW UP REPORT

### ASSIGNMENT:

I am currently assigned to the District 5 Crime Reduction Unit. This is a plain clothes unit which works together with Uniform Patrol. On Wednesday, 4-7-04, I assisted in an Undercover purchase of Drugs conducted by the District 5 Crime Reduction Unit.

### BRIEFING:

At about 1700 hours, Sergeant T. CHUN conducted a briefing in the District 5 Conference Room.

### MONEY ISSUED:

At about 1700 hours, I issued $950.00 U.S. Currency to Undercover Officer T. CHUN. I issued 9-$100.00 and 1-$50.00 with the following serial numbers.

$100:    BB23935076B, BI69219860A, AK57074532A, AJ56603044A, BE03623249A, CB69562843D, BB04882496B, CB06096420E, CB33989406D.

$50:    CC05303625A

### DISPOSITION:                    REFER TO KEY REPORT

| Writer | ID Number | Date / Time | Approved By | ID Number |
|---|---|---|---|---|
| NEIL PANG | 100609 | 04-07-04 / 2022 | Carrillo | |

MPC 192B Rev Mar 2003

Discovery 000076



PDD-1
04-140966
4-7-04







Carrillo Discovery 0010900

Page 1 of 1 pages

INCIDENT REPORT

04 - 145 - 317

# Honolulu Police Department

Year  Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Numb. |
|---|---|---|---|---|---|---|---|
| Pro. Dang. Drugs 1st | -185 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☒ Open ☐ Closed | | 712-1241 |

Location Of Offense (Must Have Street Number And Street Name Or Names Of Two Streets That Intersect)
1865 Kamehameha Iv Road

Domestic Violence ☐ Yes ☒ No

| Responsible Officer  Last  First | ID Number | Division | Beat of Offense | Location Code | |
|---|---|---|---|---|---|
| Yamane, Erik | 100928 | D-5/CRU | 558 | 18 | 1. Residence  7. Scenic Pt.  13. Jewelry |

| Date / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To | 2. Apart/Condo  8. Gas Stn.  14. Liquor |
|---|---|---|---|
| 4-10-04/1855/SAT | 4-10-04/1855/SAT | | 3. Hotel  9. Restaurant  15. School |

Related Reports or Comments

4. Street  10. Bar.  16. Comment
5. Non-Beach Parks  11. Store  17. Taxi
6. Beach Parks  12. Bank, etc.  18. Other

**PERSON BASE**

☒ Complainant    ☐ Victim    ☐ Reporting Person    ☐ Finder    ☐ Witness    ☐ Suspect

☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican
☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Filpn ☐ Unk ☐ Other

| Name Last | First | Middle | Age | DOB | Sex |
|---|---|---|---|---|---|
| Honolulu Police Department | | | | | |

☐ Blood Test  Results  SSN
☐ Breath Test ☐ Refuse

Occupation / For Juvenile – School Attending

☐ Visitor ☐ H P D
☐ Military

Juvenile
☐ Yes ☐ No

Home Address City – Country – State – Zip

Business Address City – Country – State – Zip
1865 Kamehameha Iv Road

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|
| | | 847-2525 | | |

| Injured | Treated | SID # (If appropriate) | Hospital | | Transported By | | Victim Relationship to Suspect | Will Prosecute |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | | | | | | | ☐ Yes ☐ No |

☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other    ☐ Voluntary ☐ Good / Fair   Attending Physician
☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist  ☐ Yes ☐ No ☐ Ser / Guard ☐ Fatal

☐ Confined
☐ Refused ADM
☐ Sent Home
☐ Refused Trmt
☐ Tr / Released

AKA                Who Described                Peculiarities

| Height | Weight | Build | Hair Color | Hair Charac | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Charac | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Complainant    ☐ Victim    ☐ Reporting Person    ☐ Finder    ☐ Witness    ☒ Suspect

☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican
☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Filpn ☐ Unk ☐ Other

| Name Last | First | Middle | Age | DOB | Sex |
|---|---|---|---|---|---|
| Unknown | | | | | |

☐ ...d Test  Results  SSN
...th Test ☐ Refuse

Occupation / For Juvenile – School Attending

☐ Visitor ☐ H P D
☐ Military

Juvenile
☐ Yes ☐ No

Home Address City – Country – State – Zip

Business Address City – Country – State – Zip

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

| Injured | Treated | SID # (If appropriate) | Hospital | Transported By | Victim Relationship to Suspect | Will Prosecute |
|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | | | | | ☐ Yes ☐ No |

☐ Mental ☐ Suicide ☐ L.C.F. ☐ S.C.F. ☐ Other    ☐ Voluntary ☐ Good / Fair   Attending Physician
☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist  ☐ Yes ☐ No ☐ Ser / Guard ☐ Fatal

☐ Confined
☐ Refused ADM
☐ Sent Home
☐ Refused Trmt
☐ Tr / Released

AKA                Who Described                Peculiarities

| Height | Weight | Build | Hair Color | Hair Charac | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Charac | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

**MO**

| A | B | C | D | E | F | G | H | | | K | | L | | | M | N | O | P | Q | R | | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4 | | | | 4 | | | 4 | | | | | | | | | | | | |

Misc.

☐ Dusted & Submitted   ☐ Not Dusted
☐ Dusted & Negative

Property Status Codes: ST = Stolen  OV = Overdue  LS = Lost  DM = Damaged  FN = Found  RC = Recovered  OT = Other   Type Codes: I = Item  B = Building  V = Vehicle  L = Land

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

SYNOPSIS: On-going narcotics investigation. Refer to forthcoming reports.

DISPOSITION: PENDING

Vehicle Status Codes: ST = Stolen  OV = Overdue  WV = Wanted  SV = Suspect  RC = Recovered  OT = Other      Veh. Type Codes: ☐ Auto ☐ Const ☐ Farm ☐ M/C ☐ Truck ☐ Other

| Who Described | Status | Year | Make | Model | Body Type | Color | State | License No. |
|---|---|---|---|---|---|---|---|---|

| VIN | | Emblem | Characteristics | | Towed By | Vehicle Value |
|---|---|---|---|---|---|---|

| | Tow Date / Time | | Owner Name | | | Phone |
|---|---|---|---|---|---|---|

| Address | | Owner Notified By Date / Time | Person Notified | | Returned By Date / Time |
|---|---|---|---|---|---|

| Recovered Date / Time | Recovering Officer | Recovered Location | | | Beat Recovered |
|---|---|---|---|---|---|
| | | | | | 000000078 |

Auto Discovery

| Writer | ID Number | Date / Time | Approved By | ID Number |
|---|---|---|---|---|
| E. Yamane | 100928 | 04-10-04 / 1926 | Sgt. T. Chun | 137670 |

Form Number HPD 192B Rev. Mar. 2001

PRO. DANG. DRUGS 1ST                                              04-145317
98-0127 KAONOHI STREET                                           4-10-04
PAGE 1 OF 2

## FOLLOW-UP

### ASSIGNMENT:
I am currently assigned to the District 5 Crime Reduction Unit. It is a plain clothed unit that works together with uniformed patrol.

### BACKGROUND INFORMATION:
The District 5 Crime Reduction Unit has been conducting an investigation involving the sale of stolen vehicles and illegal narcotics. The investigation was based on the information gathered by Sergeant Theodore CHUN.

### BRIEFING:
On 4-10-04, at 1800 hours, Sergeant T. CHUN conducted a briefing with the District 5 Crime Reduction Unit and the District 5 Weed and Seed Unit at the Kalihi Police Station.

Sergeant T. CHUN was to go to the area of Starbucks and Jamba Juice, located at 98-0127 Kaonohi Street, and attempt to purchase narcotics from a local looking female, identified as Annette CARILLO.

### MONEY ISSUED:
Refer to Officer J. OMAI's follow-up report for details of the issuing of monies to Sergeant T. CHUN.

### VANTAGE POINT:
Officer E. BARROGA was at a predetermined vantage point observing Sergeant CHUN's actions when he arrived in the area of Starbucks and Jamba Juice.

### AUDIO TRANSMITTER:
I issued Sergeant CHUN an audio transmitter during the briefing at the Kalihi Police. Station. The transmitter was tested and was found to be in working condition.

### ARRIVAL IN AREA:
At 1845 hours, Officer E. BARROGA informed me that the female, Annette CARILLO, was in the area of Starbucks and Jamba Juice.

At 1848 hours, Officer E. BARROGA informed me that Sergeant CHUN was in the area of Starbucks and Jamba Juice.

### DEBRIEFING:
At 1930 hours, I met with Sergeant CHUN, who informed me that he went to the area of Starbucks and Jamba Juice at Pearlridge Shopping Center.

Sergeant CHUN related that he had purchased one (1) Ziplock packet containing a crystal like substance purported to be crystal methamphetamine from a local looking female, previously identified as Annette CARILLO, wearing a green shirt and blue jeans.

EY

SGT: T. CHUN        137670

Carrillo Discovery        000000079

PRO. DANG. DRUGS 1ST                                           04-145317
98-0127 KAONOHI STREET                                                    4-10-04
PAGE 2 OF 2

EVIDENCE RECOVERED:
        At 1930 hours, Officer J. OMAI recovered the Ziplock packet containing a crystal like
substance purported to be crystal methamphetamine from Sergeant CHUN.
        · Refer to Officer J. OMAI's follow-up report for further information.

VIDEO/AUDIO OF TRANSACTION:
        Refer to Officer E. BARROGA's follow-up report.

SUSPECT DESCRIPTION:
        Refer to Sergeant CHUN's follow-up report.

DIAGRAM:
        Refer to Sergeant CHUN's follow-up report.

DISPOSITION:
        PENDING...

Erik YAMANE              100928                    SGT. T. CHUN        137670
D-5                      CRU
4-10-04                  2045 HOURS

04-145317
PROM. DANG. DRUGS 1ST
Page *1* of *3*

## FOLLOW-UP REPORT

### ASSIGNMENT/ARRIVAL:

This writer is currently assigned to the Crime Reduction Unit based in District 5, Kalihi. This is a plainclothes unit that directly supports uniform patrol. On Saturday, April 10, 2004, this writer would be acting in an undercover capacity to make a purchase of methamphetamine with members of this same unit who would be in the role of backup and support.

### SYNOPSIS:

The offense would involve the purchasing of one (1) "eight ball" of crystal methamphetamine ( hereinafter referred to as "ice") for a price of four hundred dollars in U.S. currency ($400.00). The suspect in this investigation would be a female known to this writer as "Annette CARILLO". This writer had purchased two (2) eight balls of ice from CARILLO on a previous occasion under police report number 04-140966.

The location of this purchase would be fronting the business establishments of Starbucks Coffee and Jamba Juice located at 98-0127 Kaonohi Street.

### CONTACT WITH SUSPECT:

On Saturday, April 10, 2004, at approximately 1305 hours, this writer was contacted by Annette CARILLO. This writer knows this female from previous occasions under police report numbers 04-048708, 04-118436 and 04-140966.

On Wednesday, April 7, 2004, after a purchase of "ice" from CARILLO under report number 04-140966, she mentioned that she had other items that she wanted to sell, which included, but was not limited to, credit cards, social security cards, vehicle titles and registrations. She also said that she would be able to get more "ice" if needed. She told this writer that if I were interested to let her know.

Carrillo Discovery    000000081

1

04-145317
PROM. DANG. DRUGS 1ST
Page 2 of 3

## CONTACT CON'T:

This writer informed CARILLO that I was interested in the documents and another "eight ball of ice". She quoted the price for the "ice" as being four hundred dollars. This writer agreed to the price and a meet was set for 1430 hours at the same location as the prior drug transaction, Pearlridge Shopping Center near Long's Drugs Store.

## ARRIVAL AT MEET POINT:

This writer and other members of CRU arrived at the meeting place at approximately 1400 hours. This writer waited at the meeting place until approximately 1600 hours, but CARILLO did not show up.

CARILLO contacted this writer by pager at approximately 1700 hours. She stated that she had car problems as the reason for not making the meet. Another location was set up to meet fronting the Jamba Juice establishment located at 98-0127 Kaonohi Street near the Pearlridge Shopping Center.

## OBSERVATION AND INITIAL CONTACT:

At about 1848 hours, this writer observed the female known as "Annette CARILLO" standing fronting the Jamba Juice establishment.

As this writer approached her location, greetings were exchanged. This writer and Annette engaged in a general conversation as she was apologizing about the not making the first meeting.

## DRUGS/MONEY TRANSACTION COMPLETED:

At approximately 1852 hours, CARILLO handed this writer a blue colored envelope which contained a clear ziplock packet. Within the ziplock packet, this writer observed a white opaque "rock like" substance which through training and experience resembled that of crystal methamphetamine.

This writer then removed the cash payment from my front pants pocket and handed Annette the payment. She accepted the cash and placed it into her front pants pocket. Conversation continued briefly as we both agreed to make contact at a later date.

Carrillo Discovery    000000082

2

## RETURN TO UC VEHICLE:

At this point, this writer returned to the UC car and informed the other units that the transaction had taken place.

### SUSPECT ID:
Annette CARILLO (37)
6-9-66
5'2/160 lbs

## EVIDENCE RECOVERED:

At 1930 hours, the blue colored envelope contained the cellophane ziplock bag was turned over to officer J. OMAI. REFER TO HIS FOLLOW-UP REPORT FOR FURTHER INFORMATION....

## CHEMICAL ANALYSIS COMPLETED:

On Thursday, April 12, 2004, at approximately 1050 hours, SIS chemist Hassan MOHAMMED informed this writer that he had completed the chemical analysis of the clear zip lock packet submitted under report number 04-145317, Promoting Dangerous 1st.

The chemical analysis was a positive result for methamphetamine with a total weight of 3.016 grams. REFER TO LAB RESULTS REPORT SUBMITTED BY H.MOHAMMED UNDER THIS SAME REPORT NUMBER...

## DISPOSITION:

Pending.....

*T. Chun*

T. CHUN                    #137670
Sergeant,   CPB,   D-5, CRU
4-15-04                    0840 Hrs

PRO. DANG. DRUGS 1ST
98-0127 KAONOHI STREET

04-145317
4-10-04

<u>DIAGRAM</u>: (NOT TO SCALE)                                                                    NORTH



<u>LEGEND</u>:

X    - location of transaction involving bag of miscellaneous papers (suspect to UC)

Y    - location of transaction involving purported crystal methamphetamine (suspect to UC)

Z    - location of transaction involving prerecorded monies for purported crystal methamphetamine
     (UC to suspect)

Theodore CHUN
Sergeant, D-5/CRU sc 3376
4-10-04                    2200 HOURS

Carrillo Discovery 000000084

Promoting Dangerous Drugs 1st                                    04-145317
98-0127 Kaonohi street                                           Page 1 of 1

## FOLLOW -UP REPORT

### ASSIGNMENT:
This writer is currently assigned to the District 5 Crime Reduction Unit, a plained clothed unit that directly supports the uniformed patrol division.

### BACKGROUND INFORMATION:
The District 5 Crime Reduction Unit (CRU) has been assigned to conduct a narcotic investigation based on information gathered by Sergeant Theodore CHUN supervisor of the D-5 CRU while purchasing stolen vehicles.

### BRIEFING:
On 04-10-04, at about 1800 hours Sergeant T. CHUN conducted a briefing in the CRU office. Undercover Officer, Sergeant T. CHUN was to go to the area of Pearlridge Shopping Center next to Jamba Juice and attempt to purchase narcotics and personal information documents from a female that he had previously bought narcotics on 04-07-04.

### MONIES ISSUED:
At about 1800 hours, 04-07-04. This writer issued seven hundred dollars ($700.00) in U.S. Currency to Sergeant T. CHUN.

### EVIDENCE RECOVERED:
At 1930 hours, Sergeant T. CHUN handed this writer a blue envelope containing one . Ziplock-type packet containing a crystal like substance purported to be crystal methamphetamine. These items were submitted into evidence under this report number. Refer to HPD 192A evidence report for details.

DISPOSTION: Pending...

Jeffrey OMAI  100977   04-10-04/ 2020        Supervisor_____







Carrillo, Discover    00000087

# Honolulu Police Department

EVIDENCE OR
PROPERTY REPORT

**04-145317**
Year - Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Dang. Drugs 1st | 185 | | Yes | | OPEN | | 712-1241 |

| nant Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|
| AI, J | | | 1865 Kam IV Road | 04-10-04 |

hicle & Property Status Codes:  EV = Evidence  IM = Impound  FN = Found  RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | | Ziploc packet, clear.  1 3/4 " x 2 1/4 ", containing a crystal like substance resembling that of crystal methamphetamine | YOTHER | 1 | |
| | | | | | | | |
| | | | | ITEM #1 placed in a manilla envelope marked: | | | |
| | | | | PRO. DANG. DRUGS 2ND      04-145317 | | | |
| | | | | J. OMAI                              100977 | | | |
| | | | | 04-10-04                         1930 hours | | | |

rcumstances of Recovery

UC BUY

ain of Custody

| Item | From | | By | Date and Time |
|---|---|---|---|---|
| 1 | J. OMAI | 100977 | | |
| 1 | | | | |
| 1 | | | | |

| ner's Name Last | First | Address | Phone |
|---|---|---|---|
| ler's Name Last | First | Address | Phone |

| Notif | Time | By | Person Notified | Comments |
|---|---|---|---|---|

| Date | Time | Final Disposition |
|---|---|---|
| | | ☐ Ret. Owner  ☐ Ret. Finder  ☐ Ret. Agent  ☐ Court  ☐ Other  ☐ Finance  ☐ Auction  ☐ Destroyed |

| OMAI | ID Number 100977 | Date/ Time 04-10-04/1935 | Approved By SGT. 1/ CHUN |

discovery 000000088
137670

# Honolulu Police Department

**EVIDENCE OR PROPERTY REPORT**

**04-145317**

Year - Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Pro. Dang. Drugs 1st | 185 | | Yes | | OPEN | | 712-1241 |

| Complainant  Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|
| OMAI, J | | | 1865 Karn IV Road | 04-10-04 |

Vehicle & Property Status Codes:  EV = Evidence  IM = Impound  FN = Found  RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 2 | EV | I | | Envelope, blue. 9" X 4" | YOTHER | 1 | UNK. |
| | | | | | | | |
| | | | | | | | |
| | | | | ITEM #2 placed in a manilla envelope marked: | | | |
| | | | | | | | |
| | | | | PRO. DANG. DRUGS 2ND          04-145317 | | | |
| | | | | J. OMAI                                    100977 | | | |
| | | | | 04-10-04                                  1930 hours | | | |

**Circumstances of Recovery**

UC BUY

**Chain of Custody**

| Item | From | By | Date and Time |
|---|---|---|---|
| 2 | J. OMAI          100977 | | |
| 2 | | | |
| 2 | | | |
| | | | |
| | | | |
| | | | |

| Owner's Name  Last | First | Address | Phone |
|---|---|---|---|
| | | | |

| Finder's Name  Last | First | Address | Phone |
|---|---|---|---|
| | | | |

| Notified | Time | By | Person Notified | Comments |
|---|---|---|---|---|

| Disposed By | Date | Time | Final Disposition |
|---|---|---|---|
| | | | ☐ Ret. Owner  ☐ Ret. Finder  ☐ Ret. Agent  ☐ Court  ☐ Other  ☐ Finance  ☐ Auction  ☐ Destroyed |

| Writer | ID Number | Date/Time | Approved By |
|---|---|---|---|
| J. OMAI | 100977 | 04-10-04/1935 | SGT. P. CHUN |

Garner Discovery 000000089
137670

Page 1 of 1 pages

**INCIDENT REPORT**

# Honolulu Police Department

04 - 152 - 215

Year     Six Digit Report Number

| t Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| omoting A Dangerous Drug 1st | 185 | ☐ Yes | ☒ Yes ☐ No | ☐ | ☒ Open ☐ Closed | | 712-1241 |

ation Of Offense (Must Have Street Number And Street Name Or Names Of Two Streets That Intersect)
**1865 Kam. Iv Road**

Domestic Violence ☐ Yes ☒ No

| Responsible Officer  Last      First | ID Number | Division | Beat of Offense | Location Code | |
|---|---|---|---|---|---|
| Pagan, Joseph | 005384 | D-5 | 558 | 18 | 1. Residence  7. Scenic Pt.  13. Jewelry |

| Date / Time / Day Reported | Date / Time / Day Occurred From | Date / Time / Day Occurred To |
|---|---|---|
| 04-15-04 / 1715 / Thu | 04-15-04 / 1713 / Thu | |

2. Apart/Condo  8. Gas Stn.  14. Liquor
3. Hotel  9. Restaurant  15. School
4. Street  10.Bar  16. Commercial
5. Non-Beach Parks  11.Store  17. Taxi
6. Beach Parks  12.Bank, etc.  18. Other

Related Reports or Comments

| ☒ Complainant | ☐ Victim | ☐ Reporting Person | ☐ Finder | ☐ Witness | ☐ Suspect |
|---|---|---|---|---|---|

| ☐ White ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican | Name      Last      First      Middle | Age | DOB | Sex |
|---|---|---|---|---|
| ☐ Hawn ☐ Samoan ☐ Tongan ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Yamane, Erik | | | M |

| ☐ Blood Test    Results ☐ SSN | Occupation / For Juvenile -- School Attending | ☐ Visitor ☒ H P D |
|---|---|---|
| ☐ Breath Test  ☐ Refuse | POLICE OFFICER | ☐ Military    Juvenile ☐ Yes ☒ No |

Home Address City -- Country -- State - Zip

Business Address City -- Country -- State - Zip
**1865 Kam. Iv Road**

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|
| | | 847-2525 | Varies | |

| Injured ☐ Yes ☒ No | Treated ☐ Yes ☐ No | SID # (If appropriate) | Hospital | Transported By | Victim Relationship to Suspect | Will Prosecute ☒ Yes ☐ No |
|---|---|---|---|---|---|---|

| ☐ Mental ☐ Suicide ☐ I.C.F. ☐ S.C.F. ☐ Other | Voluntary ☐ Good / Fair | Attending Physician | ☐ Confined | ☐ Sent Home | ☐ Refused Tmt |
|---|---|---|---|---|---|
| ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | ☐ Yes / No ☐ Ser / Guard ☐ Fatal | | ☐ Refused ADM | | ☐ Tr / Released |

| A K A | Who Described | Peculiarities |
|---|---|---|

| Height | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char. | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

| ☐ Complainant | ☐ Victim | ☐ Reporting Person | ☐ Finder | ☐ Witness | ☒ Suspect |
|---|---|---|---|---|---|

| ☐ W ☐ Black ☐ Am Ind ☐ Chnse ☐ Jpnse ☐ Korea ☐ P. Rican | Name      Last      First      Middle | Age | DOB | Sex |
|---|---|---|---|---|
| ☐ Samoa ☐ Tonga ☐ Vietn ☐ Filpn ☐ Unk ☐ Other | Unknown, | | | |

| t Test ☐ Refuse    Results ☐ SSN | Occupation / For Juvenile -- School Attending | ☐ Visitor ☐ H P D |
|---|---|---|
| | | ☐ Military    Juvenile ☐ Yes ☐ No |

Home Address City -- Country -- State - Zip

Business Address City -- Country -- State - Zip

Local Address (for visitors)

| At Local Address Until / Date | Home Phone | Business Phone | Work Hours | Local Phone |
|---|---|---|---|---|

| Injured ☐ Yes ☐ No | Treated ☐ Yes ☐ No | SID # (If appropriate) | Hospital | Transported By | Victim Relationship to Suspect | Will Prosecute ☐ Yes ☐ No |
|---|---|---|---|---|---|---|

| ☐ Mental ☐ Suicide ☐ I.C.F. ☐ S.C.F. ☐ Other | Voluntary ☐ Good / Fair | Attending Physician | ☐ Confined | ☐ Sent Home | ☐ Refused Tmt |
|---|---|---|---|---|---|
| ☐ Intox ☐ Drugs ☐ Indust ☐ Uncon ☐ Resisted Assist | ☐ Yes / No ☐ Ser / Guard ☐ Fatal | | ☐ Reksed ADM | | ☐ Tr/Released |

| A K A | Who Described | Peculiarities |
|---|---|---|

| Height UNK | Weight | Build | Hair Color | Hair Char | Eyes | Compl | Voice | Facial Hair Color | Facial Hair Char. | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Misc.

☐ Dusted & Submitted
☐ Dusted & Negative     ☐ Not Dusted

Property Status Codes: ST = Stolen   OV = Overdue   LS = Lost   DM = Damaged   FN = Found   RC = Recovered   OT = Other   Type Codes: I = Item   B = Building   V = Vehicle   L = Land

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|

**SYNOPSIS: ONGOING NARCOTICS INVESTIGATION.**

Vehicle Status Codes:  ST = Stolen   OV = Overdue   WV = Wanted   SV = Suspect   RC = Recovered   OT = Other   Veh. Type Codes: ☐ Auto ☐ Const ☐ Farm ☐ M / C ☐ Truck ☐ Other

| Who Described | Status | Year | Make | Model | Body Type | Color | State | License No. |
|---|---|---|---|---|---|---|---|---|

| VIN | | Emblem | Characteristics | | Towed By | | Vehicle Value |
|---|---|---|---|---|---|---|---|

| Held | | Tow Date / Time | | Owner Name | | | Phone |
|---|---|---|---|---|---|---|---|

| ress | | | Owner Notified By Date / Time | Person Notified | | Returned By Date / Time |
|---|---|---|---|---|---|---|

| Recovered Date / Time | Recovering Officer | Recovered Location | | Beat Recovered |
|---|---|---|---|---|

1110 Discovery   000000090

| Written | ID Number | Date / Time | Approved by | ID Number |
|---|---|---|---|---|
| JOSEPH PAGAN | 005384 | 04-15-04 / 1750 | Sgt. T. Chun | 137670 |

HPD 192 Rev./Mar. 2003

PRO. DANG. DRUGS 1ST                                           04-152 215
98-1005 MOANALUA ROAD                                               4-15-04
PAGE 1 OF 2

## FOLLOW-UP

### ASSIGNMENT:
I am currently assigned to the District 5 Crime Reduction Unit. It is a plain clothed unit that works together with uniformed patrol.

### BACKGROUND INFORMATION:
The District 5 Crime Reduction Unit has been conducting an investigation involving the sale of stolen vehicles and illegal narcotics. The investigation was based on the information gathered by Sergeant Theodore CHUN.

### BRIEFING:
On 4-15-04, at 1600 hours, Sergeant T. CHUN conducted a briefing with the District 5 Crime Reduction Unit and the District 5 Weed and Seed Unit at the Kalihi Police Station.
Sergeant T. CHUN was to go to the area of the lower level parking area by Longs Drugs and Lenscrafters, located at 98-1005 Moanalua Road, and attempt to purchase narcotics from a local looking female, identified as Annette CARILLO.

### MONEY ISSUED:
Refer to Officer N. PANG's follow-up report for details of the issuing of monies to Sergeant T. CHUN.

### VANTAGE POINT:
Officer N. PANG was at a predetermined vantage point observing Sergeant CHUN's actions when he arrived in the area of Longs Drugs and Lenscrafters.

### AUDIO TRANSMITTER:
I issued Sergeant CHUN an audio transmitter during the briefing at the Kalihi Police Station. The transmitter was tested and was found to be in working condition.

### ARRIVAL IN AREA:
At 1700 hours, Officer N. PANG informed me that Sergeant CHUN was in the area of Long Drugs and Lenscrafters.
At 1710 hours, Officer N. PANG informed me that the female, Annette CARILLO, was in the area of Longs Drugs and Lenscrafters.

### DEBRIEFING:
At 1800 hours, I met with Sergeant CHUN, who informed me that he went to the area of Longs Drugs and Lenscrafters at Pearlridge Shopping Center.
Sergeant CHUN related that he had purchased one (1) Ziplock packet containing a crystal like substance purported to be crystal methamphetamine from a local looking female, previously identified as Annette CARILLO, wearing a gray shirt and dark pants.

EY

SGT. T. CHUN    137670

Carrillo Discovery    000000091

PRO. DANG. DRUGS 1ST                                                                04-152215
98-1005 MOANALUA ROAD                                                         4-15-04
PAGE 2 OF 2

EVIDENCE RECOVERED:
    At 1800 hours, I recovered the Ziplock packet containing a crystal like substance purported to be crystal methamphetamine from Sergeant CHUN and submitted it into evidence along with a white envelope and brown colored napkin. The aforementioned packet and napkin was inside of the envelope.
    Refer to the HPD-192A for further information.

VIDEO/AUDIO OF TRANSACTION:
    Refer to Officer N. PANG's follow-up report.

SUSPECT DESCRIPTION:
    Refer to Sergeant CHUN's follow-up report.

DIAGRAM:
    Refer to Sergeant CHUN's follow-up report.

DISPOSITION:
    PENDING...

Erik YAMANE          100928                    SGT. T. CHUN          137670
D-5                  CRU
4-15-04              1845 HOURS

Carrillo Discovery    000000092

Page 1 of 1 pages

04 - 152 - 215

# ɔnolulu Police Department

EVIDENCE OR
PROPERTY
REPORT

Year  Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Promoting A Dangerous Drug 1st | 185 | ☐ Yes | ☒ Yes | ☐ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|---|
| Yamane, Erik | | | | 1865 Kam. Iv Road | 04-15-04 |

Vehicle & Property Status Codes:     EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | I | NONE | Clear ziplock packet approx. 2"x1 3/4" | YDRUGS | 1 | |
| | | | | containing crystal like substance | | | |
| | | | | resembling crystal methamphetamine. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | item placed in manila envelope/marked: | | | |
| | | | | item 1 | | | |
| | | | | Pro. Dang. Drugs 1        04-152215 | | | |
| | | | | E. YAMANE        100928 | | | |
| | | | | 4-15-04        1800 HOURS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Circumstances of Recovery

ONGOING NARCOTICS INVESTIGATION

## Chain of Custody

| Item | From | | By | Date and Time |
|---|---|---|---|---|
| 1 | E. YAMANE | 100928 | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |

| Owner's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| Finder's Name | Last | First | Address | Phone |

| ...fied | Time | By | Person Notified | Comments |
|---|---|---|---|---|

| ...isposed By | | Date | Time | Final Disposition |
|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret. Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |

| Writer | ID Number | Date/ Time | Approved By | ID Number |
|---|---|---|---|---|
| Erik Yamane | 100928 | 04-15-04 / 1759 | Ca Sgt T Ichud Discovery | 000060093 |

MDC 192A  Rev Mar. 2003

Page 1 of 1 pages

## onolulu Police Department

**EVIDENCE OR PROPERTY REPORT**

04 - 152 - 215

Year   Six Digit Report Number

| Incident Type | | | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Promoting A Dangerous Drug 1st | | | | 185 | ☐ Yes | ☒ Yes | ☐ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | | Date of Occurrence |
|---|---|---|---|---|---|---|
| Yamane, Erik | | | | 1865 Kam. Iv Road | | 04-15-04 |

Vehicle & Property Status Codes:    EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 2 | EV | I | NONE | White envelope approx. 7"x3 3/4" | YOTHER | 1 | |
| 3 | EV | I | NONE | Brown colored napkin | YOTHER | 1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | item placed in manila envelope/marked: | | | |
| | | | | item 2-3 | | | |
| | | | | Pro. Dang. Drugs 1        04-152215 | | | |
| | | | | E. YAMANE                100928 | | | |
| | | | | 4-15-04                 1800 HOURS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Circumstances of Recovery**

ONGOING NARCOTICS INVESTIGATION

**Chain of Custody**

| Item | From | | By | Date and Time |
|---|---|---|---|---|
| 2-3 | E. YAMANE | 100928 | | |
| 2-3 | | | | |
| 2-3 | | | | |
| 2-3 | | | | |
| 2-3 | | | | |
| 2-3 | | | | |
| 2-3 | | | | |
| 2-3 | | | | |

| Owner's Name | Last | First | Address | Phone |
|---|---|---|---|---|
| Finder's Name | Last | First | Address | Phone |

| Notified | Time | By | Person Notified | Comments |
|---|---|---|---|---|
| | | | | |

| Disposed By | | Date | Time | Final Disposition |
|---|---|---|---|---|
| | | | | ☐ Ret. Owner ☐ Ret.Finder ☐ Ret. Agent   ☐ Court   ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |

| Writer | ID Number | Date/ Time | Approved By | ID Number |
|---|---|---|---|---|
| Erik Yamane | 100928 | 04-15-04 / 1803 | Sgt. Yochun covery | 00 094 |

HPDC 192A Rev Mar, 2003

04-152215
PROM. DANG. DRUGS 1ST
Page _1_ of _4_

## FOLLOW-UP REPORT

### ASSIGNMENT/ARRIVAL:

This writer is currently assigned to the Crime Reduction Unit based in District 5, Kalihi. This is a plainclothes unit that directly supports uniform patrol. On Thursday, April 15, 2004, this writer would be acting in an undercover capacity to make a purchase of methamphetamine with members of this same unit who would be in the role of backup and support.

### SYNOPSIS:

The offense would involve the purchasing of one (1) "eight ball" of crystal methamphetamine ( hereinafter referred to as "ice") for a price of four hundred dollars in U.S. currency ($400.00). The suspect in this investigation would be a female known to this writer as "Annette CARILLO". This writer had purchased ice from CARILLO on previous occasions under police report numbers 04-140966 and 04-145317.

The location of this purchase would be in the area of Pearlridge Shopping Center near Long's Drugs Store located at 98-1005 Moanalua Road.

### CONTACT WITH SUSPECT:

On Wednesday, April 14, 2004, she contacted this writer in the afternoon and said that she had a 1990 Honda Accord for sale. This writer asked if the car was "hot" (common street vernacular for stolen) to which she replied that it was "code 10" (police vernacular for an outstanding stolen vehicle).

1

Carrillo Discovery   000000095

## CONTACT CON'T:

The conversation was also about the purchase of one (1) eight ball of "ice" by this writer for the price of four hundred dollars from CARILLO. This writer was told by CARILLO that she was going to check on the car and that this writer should contact her on Thursday, April 15, 2004 in the morning. She stated that we could do both transactions at the same time.

On Thursday, April 15, 2004, this writer spoke with CARILLO in the morning and it was agreed to meet in the afternoon to purchase the "ice". She stated that she did not have the car and that we should just do the deal for the "ice".

## ARRIVAL AT MEET POINT:

This writer held a briefing with assisting officers and apprised them of the circumstances of the day's pending transaction with CARILLO. The meeting place would be the same as on prior occasions. This would be in the immediate area of Long's Drugs at Pearlridge Shopping Center. Members of CRU arrived at the meeting place just prior to 1700 hours. This writer waited at the meeting place until CARILLO's arrival.

This writer positioned himself, as on prior occasions, fronting tha ATM machines located just makai of Long's Drugs Store in the Pearlridge Shopping Center.

## OBSERVATION AND INITIAL CONTACT:

At about 1710 hours, this writer observed the female known as Annette CARILLO approaching this writer on foot. She wearing a dark gray shirt, blue jeans and had her hair in a ponytail.

As she arrived at this writer's location, greetings were exchanged. A brief conversation took place in which she stated that she couldn't find the Honda and that she only had the eight ball of "ice".

Carrillo Discovery   000000096

04-152215
PROM. DANG. DRUGS 1ST
Page 3 of 4

## DRUGS/MONEY TRANSACTION COMPLETED:

At approximately 1713 hours, CARILLO handed this writer a white colored envelope with a brown colored paper napkin inside. Inside of the brown napkin was a clear ziplock packet which this writer observed a white opaque "rock like" substance. Through training and experience, the substance resembled that of crystal methamphetamine.

This writer then removed the cash payment of four hundred dollars ($400) from my front pants pocket and handed Annette the payment. She accepted the cash and placed it into a black colored purse which was situated between this writer and CARILLO. Conversation continued briefly as we both agreed to make contact at a later date.

## RETURN TO UC VEHICLE:

At this point, this writer returned to the UC car and informed the other units that the transaction had taken place.

## SUSPECT ID:
Annette CARILLO (37)
6-9-66
5'2/160 lbs

## EVIDENCE RECOVERED:

At 1800 hours, the white colored envelope which contained the cellophane ziplock bag was turned over to officer E. YAMANE. REFER TO HIS FOLLOW-UP REPORT FOR FURTHER INFORMATION....

## CHEMICAL ANALYSIS COMPLETED:

On Friday, April 16, 2004, at approximately 1100 hours, SIS chemist Hassan MOHAMMED informed this writer that he had completed the chemical analysis of the clear zip lock packet submitted under report number 04-152215, Promoting Dangerous 1st.

The chemical analysis was a positive result for methamphetamine with a total weight of 3.466 grams. REFER TO LAB RESULTS REPORT SUBMITTED BY H.MOHAMMED UNDER THIS SAME REPORT NUMBER...

Carrillo Discovery   000000097

3

04-152215
PROM. DANG. DRUGS 1ST
Page 4 of 4

## DISPOSITION:

Pending.....

T/CHUN                    #137670
Sergeant,   CPB,    D-5, CRU
4-20-04                   1730 Hrs

Carrillo Discovery    000000098

4

Promoting Dangerous Drugs 1                                   04-152215
98-1005 Moanalua Road                                         4-15-04
Honolulu Police Department                                    712-1241

## FOLLOW UP REPORT

### ASSIGNMENT:
I am currently assigned to the District 5 Crime Reduction Unit. This is a plain clothes unit that works together with Uniform Patrol division.

### BACKGROUND INFORMATION:
The District 5 Crime Reduction Unit (CRU) has been conducting a narcotics investigation at the address of 98-1005 Moanalua Road/Pearl Ridge Shopping Center Long's Drug Store.

### BRIEFING:
At about 1600 hours, Sergeant T. CHUN conducted a briefing in the District 5 Crime Reduction Unit office. Undercover Officer T. CHUN had arranged to purchase narcotics from a female suspect identified as a Annette CARILLO fronting 98-1005 Moanalua Road/Pearl Ridge Shopping Center's Long's Drug Store.

### MONEY ISSUED:
At about 1600 hours, I issued Undercover Officer T. CHUN $850.00 dollars in U.S. Currency(8-$100, 2-$20, and 1-$10) for the purchase of Crystal Methamphetamine. The following serial numbers are as follows:

$100:    CL73992281A, AG81954828B, AB69891958Q, AD98875335A,
         BB71515222B, CK30080765A, AB72172716M, AB22703284N

$20:     CL11779748E, CL11779733E

$10:     DG15634407A

### VANTAGE POINT:
I was at a predetermined vantage point in the parking area of Pearl Ridge Shopping Center Long's Drug Store, approximately 150 feet from the transaction. I had an unobstructed view of the surrounding area.

N. PANG/100609              4-15-04/1900              SGT. T. CHUN/137670

Carrillo/Discovery    000000099

Promoting Dangerous Drugs 1                                    04-152215
98-1005 Moanalua Road                                          4-15-04
Honolulu Police Department                                     712-1241

**SET UP/EQUIPMENT UTILIZED:**
I utilized a unit issued "Sony" video camera that was mounted on a standard
tripod, coupled with a radio receiver unit. Prior to the operation, the equipment
was tested and found to be in proper working condition. I began surveillance of
the mentioned area on 4-15-04, at about 1710 hours. The surveillance was
terminated at about 1715 hours.

**OBSERVATIONS:**
At approximately 1710 hours, I recognized suspect Annette CARILLO from prior
undercover drug investigations. CARILLO was observed walking toward
Undercover Officer T. CHUN who was sitting on a bench fronting Long's Drug
Store. CARILLO was wearing a dark gray shirt, blue jeans and white tennis
shoes. CARILLO's hair was in a ponytail.

**BUY MADE:**
At approximately 1713 hours, Undercover Officer T. CHUN had purchased
narcotics from Annette CARILLO dressed in a dark gray shirt, blue jeans and
white tennis shoes fronting Long's Drug Store.

**MONEY USED/RETURNED:**
At about 1800 hours, I recovered $400.00 U.S. Currency (4-$100 bills) from
Undercover Officer T. CHUN. The amount of money used/returned are as
follows:

USED:
$100:      CLZ3992281A, AG81954828B, AB69891958Q, AD98875335A

RETURNED:
$100:      BB71515222B, CK30080765A, AB72172716M, AB22703284N
$20:       CL11779748E, CL11779733E
$10:       DG15634407A

**VIDEO SUBMITTED INTO EVIDENCE:**
Refer to HPD-192A Evidence Sheet.

**DISPOSTION:**              REFER TO KEY REPORT
N. PANG/100609               4-15-04/1900        SGT. T/ CHUN/137670

                             Carrillo Discovery    000000100

Page 1 of - 1 pages

04 - 152 - 215

Year   Six Digit Report Number

**onolulu Police Department**

| EVIDENCE OR PROPERTY REPORT |
|---|

| Incident Type | | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|---|
| Promoting Dangerous Drugs 1 | | 185 | ☐ Yes | ☐ Yes | ☒ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | Date of Occurrence |
|---|---|---|---|---|---|
| D-5 Cru | | | | 98-1005 Moanalua Rd | 4-15-04 |

Vehicle & Property Status Codes:    EV = Evidence    IM = Impound    FN = Found    RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 1 | EV | | | "SONY" brand, Hi8MP, 8MM Video Cassette tape | R-OTHER | 1 | 0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | PROM. DANG. DRUGS 1    04-152215 | | | |
| | | | | N. PANG          100609 | | | |
| | | | | 4-15-04          1713 HOURS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Circumstances of Recovery**

UC BUY

**Chain of Custody**

| Item | From | By | Date and Time |
|---|---|---|---|
| 1 | N. PANG/100609 | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| | | | |
| | | | |

| Owner's Name | Last | First | Address | | Phone |
|---|---|---|---|---|---|
| Finder's Name | Last | First | Address | | Phone |

| otified | Time | By | Person Notified | Comments |
|---|---|---|---|---|

| Disposed By | | Date | Time | Final Disposition ☐ Ret. Owner ☐ Ret. Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |
|---|---|---|---|---|

| Writer | ID Number | Date/ Time | Approved By | ID Number |
|---|---|---|---|---|
| N. Pang | 100609 | 04-16-04 / 1616 | Cal Sgt. T. Chun scovery | 0009001 01 |

MPDC 192A Rev Mar. 2003)

onolulu Police Department

**EVIDENCE OR PROPERTY REPORT**

Page 1 of 1 pages

04 - 152 - 215

Year   Six Digit Report Number

| Incident Type | Code | Reclassify | Key Report | F/U | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| Promoting Dangerous Drugs 1 | 185 | ☐ Yes | ☐ Yes | ☒ | ☒ Open ☐ Closed | | 712-1241 |

| Complainant | Last | First | Middle | Location of Offense | | Date of Occurrence |
|---|---|---|---|---|---|---|
| D-5 Cru | | | | 98-1005 Moanalua Rd | | 4-15-04 |

Vehicle & Property Status Codes:   EV = Evidence   IM = Impound   FN = Found   RC = Recovered

| Item # | Status | Type | Serial / Other ID | Description or Manufacturer / Model / Gun Make / Type Cal Ga. | Property Codes | Qty | Value |
|---|---|---|---|---|---|---|---|
| 2 | EV | | | "PROFESSIONAL" brand, VHS tape | R-OTHER | 1 | 0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | PROM. DANG. DRUGS 1    04-152215 | | | |
| | | | | N. PANG          100609 | | | |
| | | | | 4-15-04          1713 HOURS | | | |
| | | | | | | | |
| | | | | | | | |

**Circumstances of Recovery**

UC BUY

**Chain of Custody**

| Item | From | By | Date and Time |
|---|---|---|---|
| 1 | N. PANG/100609 | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| 1 | | | |
| | | | |
| | | | |

| Owner's Name | Last | First | Address | | Phone |
|---|---|---|---|---|---|
| Finder's Name | Last | First | Address | | Phone |

| fied | Time | By | Person Notified | Comments |
|---|---|---|---|---|

| Disposed By | Date | Time | Final Disposition ☐ Ret. Owner ☐ Ret. Finder ☐ Ret. Agent ☐ Court ☐ Other ☐ Finance ☐ Auction ☐ Destroyed |
|---|---|---|---|

| Writer | ID Number | Date/Time | Approved By |
|---|---|---|---|
| N. Pang | 100609 | 04-16-04 / 1623 | Casey T. Chun |

MDC 192A Rev Mar. 2003





64 - 152215
4 - 1504

D.R. Loys

RET



CL 73992281 A

BB 71515222 B
B2



AG 81954828 B



RET.

CK 30080765 A
K11



AB 69891958 Q



RET

AB 72172716 M
B2



AD 98875335 A



RET.

AB 22703284 N
B2

Carrillo Discovery 0000014




04 - 152215
4-1504
RET.
P.R. Longs




RET.




RET.




RET.



PDD~1
4-15-04
98-1005 Moanalua Rd
04-152215





Carrillo Discovery   000000105